U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 2 9 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_Mariah Lopez_ )
　　　　　　　**Plaintiff(s)** )
　　　　　　　 )
vs. )
_City of Albany ; Capital Region_ )
_Transportation Authority ; City of_ )
_Watervliet_ )
　　　　　　　**Defendant(s)** )

Civil Case No.: _1:19-cv-1072_

**COMPLAINT PURSUANT**
**TO THE AMERICANS** _(TJM|CFH)_
**WITH DISABILITIES ACT**

---

Plaintiff(s) demand(s) a trial by: ☑ JURY ☐ COURT (Select **only** one).

---

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.,* as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a.　Plaintiff: _Mariah Lopez - Plaintiff_

　　Address: _Temp address; Plaintiff has enrolled_
　　_at Schenectady County Community College_
　　_and is not yet Fully relocated to Schenectady·_

_Mariah_ *For Mailing ONLY*
_LOPEZ_ C/O _Ryan Ramdass_
　b.　Plaintiff: _42 Elder Street, Schenectady / 12304_

　　Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   **Defendant:** City of Albany

       **Official Position:** 112 State Street, Albany NY 12207

       **Address:** Daniel P. McCoy
County Executive

   b.   **Defendant:** Capital District Transportation Authority (CDTA)

       **Official Position:**

       **Address:** 110 Watervliet Ave
Albany, NY 12206

Additional Defendants may be added on a separate sheet of paper.
City of Watervliet General Manager Jeremy Smith
City Hall, 2 Fifteenth Strut Watervliet 12189

4.   My disability is as follows:

PTSD, Gender Dysphoria; General Anxiety among others.

5.    The conduct complained of in this action involves:
      (Check all that apply)

      (A)    ☐    Failure to employ.

      (B)    ☐    Termination of employment.

      (C)    ☐    Denial of participation in public service or program.

      (D)    ☑    Failure to make alterations to accommodate disability.

      (E)    ☑    Retaliation.

      (G)    ☑    Other acts as specified below:
             Please see complaint

6.                              **FACTS**

      On the following page, set forth the facts of your case which substantiate your claim of
discrimination.  List the events in the order they happened, naming defendants involved, dates and
places.

      **Note:** Each fact should be stated in a separate paragraph; paragraphs should be
             numbered sequentially.

             You must include allegations of wrongful conduct as to EACH and EVERY
             defendant in your complaint.

             You may use additional sheets as necessary.

7. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   pleade See complaint

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 8/29/19

   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

Mariah Lopez

V                                                          # 19 cv_____

County of Albany, Capital District Transportation Authority,

City Of Watervliet

## PARTIES

Plaintiff is a resident of the state of New York; and has been diagnosed with multiple medical

disabilities. Plaintiff receives SSI, and has since leaving foster care in 2005.

Plaintiff requires and owns a service dog to aid in managing the symptoms of these medical

disabilities. Plaintiff's first service dog was provided to Plaintiff when Plaintiff was still in foster

care.

Currently Plaintiff has a civil Pro se case pending in the SDNY (17 cv 3014), centered around a

refusal by the City of New York to admit the Plaintiffs service dog into a NYC operated shelter.

The status of Plaintiff's dog as a Service Animal under the ADA, is not a disputed issue in the

case; the court issued a TRO at the outset, forcing the City of New York to allow the Plaintiff to

be accompanied by said Service Animal;

The Count of Albany, is county in the upstate region of New York State, and is the capital of

New York State. The County of Albany operates the Capital District Transportation Authority or

CDTA;

1

The Capital District Transportation Authority (CDTA) is the public transit, regional mobility provider, offering over 50 public bus routes throughout the Capital region of upstate New York state;

The City of Watervliet is a municipality located in Albany County, New York.

## JURISDICTION & VENUE COMPLAINT

The Municipality of Albany, and Watervliet are physically within the Jurisdiction of the Northern District Of New York; and both incidents alleged in this complaint occurred within geographic jurisdiction of the same.

CDTA headquarters are in Watervliet; and Plaintiff now resides in Schenectady, and attends Schenectady County Community College full time; which grant Plaintiff full access to free rides on CDTA buses; presenting an outstanding issue for "relief" and a live controversy of fact and law.

On July 25th 2019 Plaintiff was visiting the City of Watervliet so she could commute o Schenectady County Community College via public transportation.

Plaintiff was planning to commute to Schenectady County Community from Watervliet so she could sign up for classes for the upcoming semester.

When Plaintiff boarded a bus operated by CDTA at 13th Street and Broadway in Watervliet NY; the bus operator began making statements challenging the validity of Plaintiff's Service Animal and status as a Disabled person.

Plaintiff felt harassed, fearful, anxious and eventually ... traumatized.

Plaintiff believes that the bus operator was motivated to challenge Plaintiffs service animal and status as a disabled person in part because of Plaintiff's identity as a Transgender person. The bus operator ordered the Plaintiff off the bus or to produce documents to "prove" the animal is a Service Dog, in violation of the ADA and the Rehabilitation Act.

Furthermore the bus operator began verbally harassing Plaintiff, and threatening to call the police on Plaintiff.

Plaintiff repeatedly expressed to the bus operator that Plaintiff is disabled, and that the dog in question is indeed a Service Animal under the ADA.

The bus operator became more dismissive, cruel and retaliatory as Plaintiff refused to exit the bus.

The bus operator was determined to eject the Plaintiff, becoming agitated and aggressive with Plaintiff and egging on other passengers to retaliate against and harass Plaintiff; the operator refused to proceed to the next stop unless Plaintiff exited the bus; again, all because of the operator's unfounded assertion that the animal is not a Service Animal.

The bus operator's actions caused other passengers to become irritated with Plaintiff, and the operator made statements to other passengers which increased and aggravated their moods; multiple passengers seemed to blame Plaintiff for their commute being delayed. They became angry and the safety of Plaintiff as well as Plaintiff's Service Dog were in direct jeopardy because of the actions of the bus operator.

Multiple passengers and the bus operator began verbally abusing Plaintiff related to Plaintiff's need for said Service Animal.

Plaintiff was menaced and almost physically assaulted by a passenger, who demanded that Plaintiff produce documents for the operator so that the bus could proceed.

3

This passenger made very specific physical threats towards Plaintiff, well within earshot of the bus operator.

Plaintiff was fearful because the individual was menacing, agitated, and seemed capable of spontaneous violence.

Instead of intervening to keep passengers safe, the bus operator made a false call to 9-11, fabricating a crime (that the Plaintiff was threatening passengers with a weapon). The bus operator did not take steps to protect Plaintiff from the threatening passenger. Instead, other passengers intervened to prevent the out of control passenger from attacking Plaintiff. Watervliet Officers and supervisors from CDTA were soon at the scene and on the bus, where the bus operator continued to make false statements to the police and CDTA supervisors regarding Plaintiff threatening passengers with a weapon.

Plaintiff used a cellphone and a popular social media app to record and broadcast the incident on the bus, and was forced to show the police and CDTA supervisors the video; Plaintiff felt bullied by police and also feel Plaintiff's identity as a Disabled individual who is also Transgender impacted how Watervliet police interacted with Plaintiff. Watervliet police failed to take Plaintiff's complaint of criminal level hate-motivated menacing seriously. The passenger in question still poses a public safety risk.

The next day, on July 26th 2019, while Plaintiff waited at the same CDTA bus stop at 13th Street and Broadway in Watervliet for the 22 bus again, the same bus operator repeated the same violations of Plaintiff's rights, this time refusing to even open the bus door in a blatant act of lawlessness and retaliation. The driver left Plaintiff and her Service Dog standing in the heat; the dog, trotting in place from the heat of the pavement, panting breathlessly. Plaintiff was in shock.

4

This time however the passengers sided with Plaintiff as the operator needlessly stalled the bus by exiting the bus and choosing to stand with Plaintiff.

The operator called police and CDTA supervisors; lying again, stating that Plaintiff "threatened" said operator with a "weapon" the previous day. This is patently false.

Still in contradiction to its duties under the law, Watervliet Police were willing participants in the operators scheme to violate Plaintiff's rights; preventing Plaintiff from boarding the bus and openly, and publicly stating "You threatened the driver...that's why you're not getting on..." when Plaintiff asked to board and Watervliet police officers directed the other passengers to board. The same CDTA supervisor from the first incident the previous day who identified himself as "Ray," who should have by that point done and initial investigation and confirmed that Plaintiff indeed made no threats, was present on the second day. This supervisor "Ray" also repeated the defamatory lies posited by the Watervliet police; stating untruthfully that Plaintiff threatened the operator the previous day.

Plaintiff recorded the first and second incident using Facebook; and both videos clearly show all defendants breaking the law and violating Plaintiff's rights; Plaintiff coming close to being assaulted, the dog being placed in harm's way, and no threats coming from Plaintiff.

RELIEF SOUGHT

Plaintiff seeks injunctive relief to ensure that Disabled People with Service Animals can access CDTA without discrimination, harassment, intimindation, and abuse.

Plaintiff also seeks monetary damages (compensatory and punitive) in an amount still to be determined, to compensate her for her emotional distress and for Defendants' blatant violation of her rights as a disabled person.

**MOTION FOR TRO AND OTHER INJUNCTIVE RELIEF**

*Plaintiff asks that this court issue a Temporary Restraining Order directing CDTA to*
*allow Plaintiff to access CDTA buses and other places of public accommodation. In*
*addition to the fact that Plaintiff believes CDTA employees will still ask for "Service*
*Animal" documents when Plaintiff attempts to board CDTA buses because of sheer lack*
*of appropriate training, Plaintiff fears that CDTA bus operators and other CDTA*
*employees may retaliate against Plaintiff, by instigating similar incidents or refusing to*
*stop for Plaintiff.*

Plaintiff is entitled to a TRO because CDTA is clearly unwilling to follow well established Federal
Disability Law found in the American Disabilities Act and Section 504 of the Rehabilitation Act,
as well as state and local laws; and retaliate against individuals (at least one ; Plaintiff) who
attempt to exercise Rights under these laws.

•Plaintiff's video proof of both incidents means Plaintiff stands a high likelihood of prevailing on
the merits.

• The facts of the case weigh in favor of the Plaintiff. Plaintiff has already prevailed in a recent
case in a United States District Court; at least as far as receiving a TRO relating to access to
public

accommodations, and the government's failures are concerned. The operator can clearly be
heard asking for documents to substantiate the dogs status as a Service Animal, then retaliating
when Plaintiff refused.

•A repeat of the type of violation described within this complaint represent potential irreparable
harm, may threaten the health and safety of Plaintiff (as well as Plaintiff's service dog); the

6

public/other passengers, and even law enforcement (who may be diverted from real emergencies by the lies of CDTA employees making false allegations). Defendants actions were reckless and uncalled for.

•As a disabled person who is a student in the region, accessing public transportation on time and without delay (to keep doctors appointments and to be on time for Class), is essential for Plaintiff (as a matter of reasonable, fair public accommodations).

•Among other conditions Plaintiff suffers from PTSD; severe, compound-PTSD, and is subject to an enormous amount of psychic pain and stress from this type of trigger; refusal of permission accessing public spaces with a service dog, followed by a tense social/ legal stand off with police.

•Without the Courts intervention, there is no reason to believe that the Defendants will correct their misconduct and adhere to the law.

•Another incident could leave Plaintiff with additional permanent emotional and psychological injuries.

•The physical independence of the Plaintiff is reliant on Plaintiff's access to public transportation.

**Plaintiff is seeking $10,000,000 in punitive damages (relating to claims of retaliation on the part of CDTA and Watervliet employees/agents; do to the reckless and intentional disregard for the law and the safety of the general public as well as the Plaintiff during both incidents.**

Additionally, as it relates to relief sought by Plaintiff in this case; Plaintiff has reached out to counsel for CDTA, Amanda Avery, in an attempt to resolve this matter outside of litigation, but Mrs Avery was unwilling to negotiate and extra-judicial settlement on behalf of her client.

Plaintiff prays this Court grant the relief and damages sought herein and any other relief the court deems just and necessary.


Respectfully Submitted


Mariah Lopez
Pro se Plaintiff

Exhibit

A - Plaintiffs Proof of SSI (ML) Disability

B - Docket Sheet From, 17CV3014 Plaintiffs
related to Service Dog

C - Proof of Plaintiffs Enrollment; eligibility
for scholarship; will remain in the capital
Region

D - Letter From Director David France;

E Character Testimonial.

F

G

H

I

United States Treasury

15-51
000

Check No.

08 01 19 28040004   KANSAS CITY, MO      4032 39560616
0005035519972    4032-39560616  W    00000190720MDM

039015

Pay to
the order of

MARIAH LOPEZ
APT BSMT
1414 E 28TH ST
BROOKLYN NY 11210 5313

B 124,818,239

4032 39560616

$*****695*70

VOID AFTER ONE YEAR

SSI FOR AUGUST

REGIONAL DISBURSING OFFICER

008

Vona B Nelsons

"403 26"   ":0000005 18": 39560 616 7"  1 10819

REMITTANCE ADVICE for CHECK NO. 12480875

Agency Code - TDA02

Agency Description - OTDA SSP/SSPNA PAYMENTS

Voucher Number - DC604579

Payee Reference - SSP Payment 08/2019 DC604579

Ref/Inv Date - 07/24/19

Payment Amount - 87.00

06832132

$87.00

Pay to the
Order of:

**MARIAH LOPEZ**

JULY 24, 2019

Thomas P. DiNapoli
State Comptroller

Key Bank N.A.

State of New York

DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY

TDA02

Check No. 12480875

29-55
213

SSP **A**

KNOW YOUR ENDORSER

$87.00

Michael R. Schmidt
Commissioner, Dept. of Taxation and Finance

⑈ 12480875⑈ ⑆021300556⑆ 320993203241⑈

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17-cv-03014-VEC-OTW

Lopez v. New York City Dept. Homeless Services et al
Assigned to: Judge Valerie E. Caproni
Referred to: Magistrate Judge Ona T. Wang
Related Case: 1:18-cv-04293-VEC-OTW
Cause: 28:1331 Fed. Question

Date Filed: 04/25/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mariah Lopez**

represented by **Mariah Lopez**
Homeless - No Mailing Address
(212) 470-9687
Email: mariah4change@gmail.com
PRO SE

V.

**Defendant**

**New York City Dept. Homeless Services**
*TERMINATED: 04/26/2017*

represented by **Thomas B. Roberts**
The City of New York Law Department
100 Church Street
New York, NY 10007
212-356-1000
Fax: 212-788-8877
Email: throbert@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Project Renewal**
*TERMINATED: 06/24/2019*

represented by **Richard Ian Greenberg**
Jackson Lewis P.C. (NY)
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4080
Fax: (212)-972-3213
Email: greenber@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason A Zoldessy**
Jackson Lewis P.C. (NY)
666 Third Avenue
New York, NY 10017
(212)-545-4021
Fax: (212)-972-3213
Email: zoldessj@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Kevin Patrick Connolly , Jr.**
New York City Law Department
100 Church Street
New York, NY 10007
(914)-469-8890
Email: kevin.connolly@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Nidhi Srivastava**
Kelley Drye & Warren
101 Park Ave
New York, NY 10178
212-808-7602
Email: nidhi.srivastava@jacksonlewis.com
*TERMINATED: 12/21/2018*

**Defendant**

**The City of New York**

represented by **Evan Robert Schnittman**
Rubin Paterniti Gonzalez Kaufman LLP
555 5th Ave
Ste 6th Floor
New York, NY 10017
646-809-3370
Email: eschnitt@law.nyc.gov
*TERMINATED: 01/11/2019*
*LEAD ATTORNEY*

**Defendant**
**NYC Dept of Homeless Services**

represented by **Thomas B. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**NYC Human Resources Administration**

represented by **Thomas B. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Project Renewal, Inc.**

represented by **Jason A Zoldessy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nidhi Srivastava**
(See above for address)
*TERMINATED: 12/21/2018*

**Defendant**
**QPS Security, Inc.**
*TERMINATED: 04/26/2019*

represented by **Stephen Paul Pischl**
Clifton Budd & DeMaria, LLP
The Empire State Building
350 Fifth Avenue, Suite 6110
New York, NY 10118
(212)-687-7410
Fax: (212)-687-3285
Email: sppischl@cbdm.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**WIN, Inc.**

represented by **Amelia Anne Cottrell**
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212)-728-8111
Email: maosdny@willkie.com
*LEAD ATTORNEY*

**Jill Kaden Grant**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212)-728-8774
Fax: (212)-728-9774
Email: jgrant@willkie.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Christine C. Quinn**

represented by **Amelia Anne Cottrell**
(See above for address)
*LEAD ATTORNEY*

**Jill Kaden Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2017 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mariah Lopez.(sac) (Entered: 04/25/2017) |
| 04/25/2017 | 2 | COMPLAINT against New York City Dept. Homeless Services, Project Renewal. Document filed by Mariah Lopez.(sac) (Entered: 04/25/2017) |
| 04/25/2017 | 3 | UNSIGNED ORDER TO SHOW CAUSE filed by Mariah Lopez. (sac) (Entered: 04/25/2017) |
| 04/25/2017 | | Case Designated ECF. (sac) (Entered: 04/25/2017) |
| 04/26/2017 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Colleen McMahon on 4/26/2017) (sac) (Entered: 04/26/2017) |
| 04/26/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 4 Order Granting IFP Application, to the Docket Assistant Clerk for case processing. (sac) (Entered: 04/26/2017) |
| 04/26/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Valerie E. Caproni. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 04/26/2017) |
| 04/26/2017 | | Magistrate Judge Sarah Netburn is so designated. (wb) (Entered: 04/26/2017) |

| | | |
|---|---|---|
| 04/26/2017 | | Mailed a copy of <u>4</u> Order Granting IFP Application to Mariah Lopez Homeless Shelter of Record, 480 East 185th Street, Bronx, NY 10450. (rro) (Entered: 04/26/2017) |
| 04/26/2017 | <u>6</u> | ORDER. IT IS HEREBY ORDERED that Plaintiff and representatives of defendant Project Renewal and the Office of the Corporation Counsel of New York City are directed to appear before the Court in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007 at 1:00 p.m. on April 27, 2017 in order to show cause why Plaintiff's application for temporary injunctive relief should not be granted; IT IS HEREBY FURTHER ORDERED that Plaintiff is directed to immediately notify the Defendants of this action and her request for provisional relief. IT IS HEREBY FURTHER ORDERED that Plaintiff is directed to immediately deliver to the Defendants copies of her complaint, supporting materials, order to show cause, and this Order at the following addresses herein. IT IS HEREBY FURTHER ORDERED that the Clerk of the Court is respectfully directed to mail a copy of this order to Defendants at the above-referenced addresses and note service on the docket. Show Cause Hearing set for 4/27/2017 at 01:00 PM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 4/26/2017) (kgo) (Entered: 04/26/2017) |
| 04/26/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: <u>6</u> Order to Show Cause,,,,, to the Docket Assistant Clerk for case processing. (kgo) (Entered: 04/26/2017) |
| 04/26/2017 | <u>7</u> | ORDER OF SERVICE: The Court dismisses Plaintiffs claims against the New York City Department of Homeless Services. The Court directs the Clerk of Court to add the City of New York as a defendant in this action. Fed. R. Civ. P. 21. The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for the City of New York and Project Renewal, Inc., and deliver all documents necessary to effect service to the U.S. Marshals Service. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). ( USM-285 Form due by 5/26/2017., Request for Issuance of Summons due by 5/26/2017.), The City of New York added. New York City Dept. Homeless Services terminated. (Signed by Judge Valerie E. Caproni on 4/26/2017) (kgo) (Entered: 04/26/2017) |
| 04/26/2017 | | Mailed a copy of <u>6</u> Order to Show Cause to Mariah Lopez Homeless Shelter of Record, 480 East 185th Street, Bronx, NY 10450. (rro) (Entered: 04/26/2017) |
| 04/27/2017 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Show Cause Hearing held on 4/27/2017. Order to follow. (Court Reporter Eve Giniger) (Brantley, Michael) (Entered: 04/27/2017) |
| 04/27/2017 | <u>8</u> | TEMPORARY RESTRAINING ORDER: On April 25, 2017 Plaintiff, proceeding pro se, filed a complaint for preliminary and permanent injunctive relief alleging that Defendants have refused to permit her service animal access to a public accommodation in violation of Title III of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12182(a). Plaintiff concurrently moved for a temporary restraining order ("TRO") pursuant to Rule 65 of the Federal Rules of Civil Procedure. On April 27, 2017 the Court held a conference in respect of Ms. Lopez's application for a temporary restraining order; as further set forth herein. Accordingly, IT IS HEREBY ORDERED that the Defendants are provisionally directed to accommodate Plaintiff and her service animal at the "Marsha's House" homeless shelter until 3:00 p.m. on May 1, 2017, unless this Court orders otherwise. This Order is without prejudice to the Defendants' and Marsha's House's right to require Plaintiff to comply with all applicable shelter rules and City and State regulations. Plaintiff's failure to comply with shelter rules or City and State regulations is grounds to dissolve this TRO. IT IS HEREBY FURTHER ORDERED that the parties are directed to appear at 3:00 p.m. on May 1, 2017 in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007 at which time the Court will hold a hearing in respect of Plaintiff's application for temporary injunctive relief. (Signed by Judge Valerie E. Caproni on 4/27/2017) (mro) (Entered: 04/28/2017) |
| 04/27/2017 | | Set/Reset Hearings: Status Conference set for 5/1/2017 at 03:00 PM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (mro) (Entered: 04/28/2017) |
| 04/27/2017 | <u>9</u> | STANDALONE SUBMISSION BY PLAINTIFF IN SUPPORT OF HER APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION. Document filed by Mariah Lopez. (kgo) (Entered: 04/28/2017) |
| 04/28/2017 | | SUMMONS ISSUED as to Project Renewal, The City of New York. (sbr) (Entered: 04/28/2017) |
| 04/28/2017 | | FRCP 4 Service Package Hand Delivered to U.S.M.: Package hand delivered to U.S.M. on 4/28/2017 per the instructions of Judge Valerie E. Caproni. See <u>7</u> Order of Service, Add and Terminate Parties. (sbr) (Entered: 04/28/2017) |
| 04/28/2017 | | FRCP 4 (Information Package Mailed) to plaintiff at the address noted on the complaint/court's docket on 4/28/2017 via Regular Mail. The information package included: a copy of the Order of Service, Judge's individual rules, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case files, A Motions Guide, A Notice that the Pro Se Manual has been discontinued, a Notice of Change of Address to use if your contact information changes, a consent to proceed before a Magistrate Judge, and consent to electronic service forms. (sbr) (Entered: 04/28/2017) |
| 04/28/2017 | <u>10</u> | ORDER: WHEREAS on April 27, 2017 the Court entered a temporary restraining order (the "TRO") in the above-captioned case and directed the parties to appear for a hearing in respect of Plaintiff's application for a preliminary injunction at 3:00 p.m. on May 1, 2017; IT IS HEREBY ORDERED that, due to a conflict on the Court's calendar, the May 1, 2017 hearing is adjourned to 3:00 p.m. on May 3, 2017. IT IS HEREBY FURTHER ORDERED that the TRO shall remain in effect during the period from May 1, 2017 to 3:00 p.m. on May 3, 2017. For the avoidance of doubt, the Court finds that the factors supporting entry of a TRO through May 1, 2017 also support maintaining the TRO until May 3, 2017. ( Status Conference set for 5/3/2017 at 03:00 PM before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 4/28/2017) (mro) (Entered: 05/01/2017) |
| 05/01/2017 | <u>11</u> | ORDER. IT IS HEREBY ORDERED that Plaintiff is directed to show cause by 5:00 p.m. on May 2, 2017 why the Court should not dissolve the TRO in light of the City's agreement to accommodate Plaintiff's animal. SO ORDERED. (Show Cause Hearing set for 5/2/2017 at 05:00 PM before Judge Valerie E. Caproni). (Signed by Judge Valerie E. Caproni on 5/1/2017) (rjm) (Entered: 05/01/2017) |
| 05/01/2017 | <u>12</u> | NOTICE OF LIMITED APPEARANCE OF PRO BONO COUNSEL. for Mariah Lopez. (Freeman, Miles) (Entered: 05/01/2017) |
| 05/01/2017 | <u>13</u> | NOTICE OF APPEARANCE by Thomas B. Roberts on behalf of The City of New York. (Roberts, Thomas) (Entered: 05/01/2017) |
| 05/01/2017 | <u>14</u> | RESPONSE TO ORDER TO SHOW CAUSE re: <u>11</u> Order to Show Cause,. Document filed by Mariah Lopez. (Freeman, Miles) (Entered: 05/01/2017) |
| 05/02/2017 | <u>15</u> | MEMO ENDORSEMENT on re: <u>14</u> RESPONSE TO ORDER TO SHOW CAUSE (D.I. 11). re: <u>11</u> Order to Show Cause. Document filed by Mariah Lopez. ENDORSEMENT: The Court finds that, in light of the City's agreement to house Plaintiff and her animal, and Plaintiff's submission in response to the Court's order to show cause, the Court's temporary restraining order is no longer necessary to avoid an irreparable harm. The TRO is hereby dissolved and the parties' May 3, 2017 conference is adjourned sine die. So ordered. The following hearing(s) was terminated: Status Conference. (Signed by Judge Valerie E. Caproni on 5/2/2017) (rjm) (Entered: 05/02/2017) |
| 05/02/2017 | <u>16</u> | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 6/9/2017 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni, and as further set forth in this order. (Signed by Judge Valerie E. Caproni on 5/2/2017) (ap) (Entered: 05/02/2017) |
| 05/22/2017 | <u>17</u> | LETTER MOTION to Adjourn Conference *currently scheduled for June 9, 2017* addressed to Judge Valerie E. Caproni from Thomas B. Roberts dated May 22, 2017. Document filed by The City of New York (Roberts, Thomas) (Entered: 05/22/2017) |

| 05/22/2017 | 18 | MOTION for Miles D. Freeman to Withdraw as Attorney . Document filed by Mariah Lopez.(Freeman, Miles) (Entered: 05/22/2017) |
|---|---|---|
| 05/23/2017 | 19 | MEMO ENDORSEMENT granting 18 MOTION TO WITHDRAW APPEARANCE OF LIMITED PRO BONO COUNSEL MILES D. FREEMAN. ENDORSEMENT: Application GRANTED. The Court thanks the Quinn Emmanuel firm and Mr. Freeman for their pro bono contributions to this case and their willingness to represent Ms. Lopez on short notice. SO ORDERED. (Signed by Judge Valerie E. Caproni on 5/23/2017) (anc) (Entered: 05/23/2017) |
| 05/23/2017 | 20 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation) All such motions. Referred to Magistrate Judge Sarah Netburn. In light of the Court's reference to Magistrate Judge Netburn, the initial pre-trial conference currently scheduled for June 2, 2017 is adjourned sine die. (Signed by Judge Valerie E. Caproni on 5/23/2017) (anc) (Entered: 05/23/2017) |
| 05/24/2017 | 21 | ORDER: granting 17 Letter Motion to Adjourn Conference. IT IS HEREBY ORDERED that the referral to Magistrate Judge Netburn is canceled. The initial pre-trial conference previously scheduled for June 2, 2017 is rescheduled for 10:00 a.m. on June 30, 2017. The parties' joint pre-conference letter is due by June 23, 2017. The parties are directed to consult the Undersigned's Individual Practices in Civil Cases, which are available online, for further information relevant to the initial pre-trial conference. SO ORDERED. Initial Conference set for 6/30/2017 at 10:00 AM before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 5/24/2017) (ama) (Entered: 05/24/2017) |
| 05/30/2017 | | Magistrate Judge Andrew J. Peck is so redesignated. (wb) (Entered: 05/30/2017) |
| 05/30/2017 | 22 | LETTER from Mariah Lopez dated 5/30/2017 re: Emergency. Document filed by Mariah Lopez.(man) (Entered: 05/30/2017) |
| 05/30/2017 | 23 | NOTICE OF MOTION for Emergency Relief (to get back in Shelter) Requested. Document filed by Mariah Lopez.(man) (Entered: 05/30/2017) |
| 05/30/2017 | 24 | ORDER: IT IS HEREBY ORDERED that the parties must appear for a hearing on May 31, 2017, at 12:00 p.m., in Courtroom 444 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. If that time conflicts with Ms. Lopez's appearance in New York Supreme Court [Dkt. 22 at 3], then the City must provide the Court with an alternative available time for the hearing. (Status Conference set for 5/31/2017 at 12:00 PM in Courtroom 444, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 5/30/2017) (cf) (Entered: 05/30/2017) |
| 05/30/2017 | 25 | NOTICE OF APPEARANCE by Kevin Patrick Connolly, Jr on behalf of Project Renewal. (Connolly, Kevin) (Entered: 05/30/2017) |
| 05/31/2017 | 26 | NOTICE OF APPEARANCE by Richard Ian Greenberg on behalf of Project Renewal. (Greenberg, Richard) (Entered: 05/31/2017) |
| 05/31/2017 | | Minute Entry for proceedings held before Valerie E. Caproni: Motion Hearing held on 5/31/2017 re: 23 MOTION Emergency Relief (to get back in Shelter) Requested. filed by Mariah Lopez. Ms. Lopez's application was denied by the Court. (Court Reporter Rebecca Foreman) (Brantley, Michael) (Entered: 06/02/2017) |
| 06/01/2017 | 27 | REDACTION *Documents submitted in Court May 31, 2017 pursuant to Court Order* by The City of New York (Attachments: # 1 Exhibit Lopez Shelter History, # 2 Exhibit Rules and agreements concerning Marsha's House, # 3 Exhibit Incident report 4/21/17 21:40 am, # 4 Exhibit Incident report 4/21/17 11:51 AM, # 5 Exhibit DHS Commitment Contract, # 6 Exhibit Incident Report 4/27/17 1:10 AM, # 7 Exhibit Incident Report 4/24/17 2:00 AM, # 8 Exhibit Federal Complaint, # 9 Exhibit Federal TRO of 4/27/17, # 10 Exhibit Incident Report 5/2/17 8:13 AM, # 11 Exhibit Incident Report 5/4/17 5:00 PM, # 12 Exhibit Notes History 5/9/17 1:14 PM, # 13 Exhibit Incident Report 5/7/17 11:25 PM, # 14 Exhibit Notes History 5/10/17 6:09 PM, # 15 Exhibit Notes History 5/10/17 6:08 PM, # 16 Exhibit Suspension Request Form 5/9/17, # 17 Exhibit Client Notification of Transfer, # 18 Exhibit Shelter Client Transfer Referral, # 19 Exhibit 94 ADM-20, # 20 Affidavit of Dean Uetake, # 21 Affidavit of Paul Hargrow, # 22 Affidavit of Kaedon Grinnell, # 23 Affidavit of Tonya Fowler, # 24 Affidavit of Trevor Ollivierre, # 25 Affidavit of Srevice by Thomas B. Roberts)(Roberts, Thomas) (Entered: 06/01/2017) |
| 06/01/2017 | 28 | REDACTION *Additional documents submitted in Court May 31, 2017 pursuant to Court Order* by The City of New York(Roberts, Thomas) (Entered: 06/01/2017) |
| 06/08/2017 | 29 | NOTICE OF APPEARANCE by Evan Robert Schnittman on behalf of The City of New York. (Schnittman, Evan) (Entered: 06/08/2017) |
| 06/15/2017 | 30 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Mariah Lopez consents to receive electronic service via the ECF system. Document filed by Mariah Lopez.(sac) (Entered: 06/15/2017) |
| 06/15/2017 | 31 | UNSIGNED ORDER TO SHOW CAUSE filed by Mariah Lopez. (sac) (Entered: 06/16/2017) |
| 06/15/2017 | 32 | ORDER: Plaintiff filed this pro se action on April 25, 2017. On June 15, 2017, Plaintiff filed a Motion seeking a Temporary Restraining Order. In essence, Plaintiff seeks to have the Court order Defendants to transfer her back to Marsha's House, an LGBTQ-focused homeless facility in which she was previously sheltered, from WIN West, a shelter that Plaintiff claims cannot provide her with reasonable accommodations. Plaintiff has removed herself from WIN West and is currently homeless; as further set forth herein. Plaintiff seeks reinstatement to her former shelter, and thus requests affirmative, and not prohibitory, relief. However, she has left the custody of the Department of Homeless Services since the date of her transfer, and it is unclear what irreparable harm the current Motion seeks to avoid. In light of the heightened standard governing requests for affirmative emergency relief, the Court is not able to grant a temporary restraining order. However, the Court interprets Plaintiff's request for a temporary restraining order as incorporating a request for a preliminary injunction. At the Parties' previously scheduled initial pre-trial conference on June 30, 2017, Judge Caproni will set a schedule for a preliminary injunction hearing. Plaintiff is instructed to serve the moving papers on Defendants by June 23, 2017. (Signed by Judge Deborah A. Batts on 6/15/2017) (mro) Modified on 6/16/2017 (mro). (Entered: 06/16/2017) |
| 06/16/2017 | 33 | ORDER: In an Order dated June 15, 2017, this Court, sitting in Part 1, among other things, ordered Plaintiff to serve her papers on Defendants by June 23, 2017. Pursuant to Local Rule 5.2, Electronic Service and Filing of Documents, there is no need for Plaintiff to serve Defendants personally. Therefore, that part of the Order of June 15, 2017 is vacated. (Signed by Judge Deborah A. Batts on 6/16/2017) (kgo) (Entered: 06/16/2017) |
| 06/20/2017 | 35 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. The City of New York served on 6/2/2017, answer due 8/1/2017. Service was made by Mail. Document filed by Mariah Lopez. (jgo) (Entered: 06/28/2017) |
| 06/20/2017 | 36 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Project Renewal served on 6/5/2017, answer due 8/4/2017. Service was made by Mail. Document filed by Mariah Lopez. (jgo) (Entered: 06/28/2017) |
| 06/23/2017 | 34 | LETTER addressed to Judge Valerie E. Caproni from Thomas B. Roberts & Kevin P. Connolly dated June 23, 2017 re: Defendants' joint letter in anticipation of the initial pre-trial conference and Proposed Case Management Plan. Document filed by Project Renewal, The City of New York. (Roberts, Thomas) (Entered: 06/23/2017) |
| 06/30/2017 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Initial Pretrial Conference held on 6/30/2017. Order to follow. (Court Reporter Steven Greenbaum) (Brantley, Michael) (Entered: 06/30/2017) |
| 06/30/2017 | 37 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by The City of New York.(Roberts, Thomas) (Entered: 06/30/2017) |
| 06/30/2017 | 38 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by The City of New York.(Roberts, Thomas) (Entered: 06/30/2017) |

| 07/05/2017 | 39 | ORDER: IT IS HEREBY ORDERED that the Court shall construe Ms. Lopez's June 15, 2017 application for a temporary restraining order, Dkt. 31, as an amended complaint. In the event defendant Project Renewal, Inc. objects to treating the June 15, 2017 application as an amended complaint, it must inform the Court by July 7, 2017. IT IS HEREBY FURTHER ORDERED that Defendants' Rule 12 motions shall be due by August 4, 2017. Plaintiff's response is due by September 8, 2017. Defendants' replies are due by September 22, 2017. IT IS HEREBY FURTHER ORDERED that the City is directed to inform the Court promptly of any material developments in the parallel state court Article 78 proceedings. IT IS HEREBY FURTHER ORDERED that briefing on Plaintiff's motion for a preliminary injunction is adjourned sine die. (Motions due by 8/4/2017. Responses due by 9/8/2017. Replies due by 9/22/2017.) (Signed by Judge Valerie E. Caproni on 7/5/2017) (mml) (Entered: 07/05/2017) |
| --- | --- | --- |
| 07/21/2017 | 40 | TRANSCRIPT of Proceedings re: HEARING held on 5/31/2017 before Judge Valerie E. Caproni. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2017. Redacted Transcript Deadline set for 8/21/2017. Release of Transcript Restriction set for 10/19/2017 (McGuirk, Kelly) (Entered: 07/21/2017) |
| 07/21/2017 | 41 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 5/31/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/21/2017) |
| 07/27/2017 | 42 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/30/2017 before Judge Valerie E. Caproni. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/17/2017. Redacted Transcript Deadline set for 8/28/2017. Release of Transcript Restriction set for 10/25/2017.(McGuirk, Kelly) (Entered: 07/27/2017) |
| 07/27/2017 | 43 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/30/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/27/2017) |
| 07/28/2017 | 44 | MOTION to Dismiss *Amended Complaint*. Document filed by The City of New York. Responses due by 9/8/2017(Roberts, Thomas) (Entered: 07/28/2017) |
| 07/28/2017 | 45 | MEMORANDUM OF LAW in Support re: 44 MOTION to Dismiss *Amended Complaint* . Document filed by The City of New York. (Roberts, Thomas) (Entered: 07/28/2017) |
| 07/28/2017 | 46 | DECLARATION of Thomas B. Roberts in Support re: 44 MOTION to Dismiss *Amended Complaint*.. Document filed by The City of New York. (Attachments: # 1 Exhibit Ex.1, May 12, 2017 Petition and supporting papers in Article 78 proceeding 100632/2017, # 2 Exhibit Ex. 2, Transcript of May 12, 2017 porceeding in 100632/2017, # 3 Exhibit Ex. 3, Trenscript of May 15, 2017 proceedings in 100632/2017, # 4 Exhibit Ex. 4, Incident reports concerning Plaintiff's actions on May 24, 2017, # 5 Exhibit Ex.5, N.Y. Unified Court System, Case Details Summary concerning Plaintiff dated May 25, 2017, # 6 Exhibit Ex. 6, DHS Suspension Request dated May 24, 2017, # 7 Exhibit Ex. 7, part 1, DHS' Answer and supporting exhibits and affidavits in 100632/2017, # 8 Exhibit Ex. 7, part 2, DHS' Answer and Supporting exhibits and affidavits in 100632/2017, # 9 Exhibit Ex. 7, Part 3, DHS' Answer and supporting exhibits and affidavits in 100632/2017, # 10 Exhibit Ex. 7, part 4, DHS' Answer and supporting exhibits and affidavits in 100632/2017, # 11 Exhibit Ex. 8, Incident reports cncerning Plaintiff's actions on May 26, 2017, # 12 Exhibit Ex. 9, Transcript of May 31, 2017 proceedings in 100632/2017, # 13 Exhibit Ex. 10, June 14, 2017 decision and judgment in 100632/2017, # 14 Exhibit Ex. 11, June 7 email chain between Plaintiff and ACC Schnittman, # 15 Exhibit Ex. 12, June 7, 2017 letter of Dr. Harold Reed, # 16 Exhibit Ex. 13, June 20, 2017 letter of Dr. Pierre Arty, # 17 Exhibit Ex. 14, June 26, 2017 Reasonable Accommodation Request Determination, # 18 Exhibit Ex. 15, Amender OTSC, RJI and Verified Petition in 100871/2017, # 19 Exhibit Ex. 16, July 20, 2017 Answer of DHS in 100871/2017, # 20 Exhibit Ex. 17, July 20 Affidavit of Dr. Laraque)(Roberts, Thomas) (Entered: 07/28/2017) |
| 08/01/2017 | 47 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Andrew J. Peck. (Signed by Judge Valerie E. Caproni on 8/1/2017) (kgo) (Entered: 08/01/2017) |
| 08/03/2017 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Project Renewal.(Greenberg, Richard) (Entered: 08/03/2017) |
| 08/03/2017 | 49 | MOTION to Dismiss . Document filed by Project Renewal.(Greenberg, Richard). (Entered: 08/03/2017) |
| 08/03/2017 | 50 | MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss . . Document filed by Project Renewal. (Greenberg, Richard) (Entered: 08/03/2017) |
| 08/03/2017 | 51 | DECLARATION of Richard I. Greenberg in Support re: 49 MOTION to Dismiss .. Document filed by Project Renewal. (Attachments: # 1 Exhibit A-H, # 2 Exhibit I-N)(Greenberg, Richard) (Entered: 08/03/2017) |
| 08/04/2017 | 52 | ORDER: with respect to 49 Motion to Dismiss. Plaintiff is to file her papers in opposition to the defendants' two motions to dismiss, by August 28, 2017. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is on the S.D.N.Y. website and also is attached. The parties are to consider whether they want me to decide the motions on a dispositive basis, pursuant to 28 U.S.C.§ 636(c). A copy of the limited§ 636(c) form is enclosed. If all parties agree, they should sign the form and return it to me; if there is not agreement by all parties, Mr. Greenberg is to advise the Court, by letter, by August 28, 2017, but without disclosing any party's decision (for example, that plaintiff said yes but the City said no). Response due by 8/28/2017. (Signed by Magistrate Judge Andrew J. Peck on 8/4/2017) Copies Sent by Chambers. (ap) Modified on 8/25/2017 (ap). (Entered: 08/04/2017) |
| 08/04/2017 | | Set/Reset Deadlines: Responses due by 8/28/2017. (ap) (Entered: 08/04/2017) |
| 08/16/2017 | 53 | LETTER addressed to Magistrate Judge Andrew J. Peck from Richard I. Greenberg dated August 16, 2017 re: Response to August 4, 2017 Order Regarding Pending Motions to Dismiss. Document filed by Project Renewal.(Greenberg, Richard) (Entered: 08/16/2017) |
| 08/21/2017 | 54 | LETTER MOTION for Extension of Time *to Submit Reply Documents* addressed to Magistrate Judge Andrew J. Peck from Kevin P. Connolly dated August 21, 2017. Document filed by Project Renewal.(Connolly, Kevin) (Entered: 08/21/2017) |
| 08/21/2017 | 55 | ORDER: granting 54 Letter Motion for Extension of Time. Reluctantly Approved. No further extensions. SO ORDERED. (Signed by Magistrate Judge Andrew J. Peck on 8/21/2017) Copies ECF: All Parties/ Counsel, Judge Caproni. (ama) (Entered: 08/21/2017) |
| 08/21/2017 | | Set/Reset Deadlines: Responses due by 9/8/2017 Replies due by 9/22/2017. (ama) (Entered: 08/21/2017) |
| 09/08/2017 | 56 | LETTER from Mariah Lopez, dated 9/8/17 re: REQUEST FOR ADJOURNMENT DUE TO RELIGIOUS & MEDICAL NEEDS. Document filed by Mariah Lopez.(sc) (Entered: 09/11/2017) |
| 09/11/2017 | 57 | MEMO ENDORSEMENT: on re: 56 Letter filed by Mariah Lopez. ENDORSEMENT: Extension approved to September 22, 2017. Reply brief due September 29, 2017. (Responses due by 9/22/2017. Replies due by 9/29/2017.) (Signed by Magistrate Judge Andrew J. Peck on 9/11/2017) (ap) (Entered: 09/11/2017) |

| Date | No. | Description |
|---|---|---|
| 09/29/2017 | 58 | REPORT & RECOMMENDATION: re: 44 MOTION to Dismiss *Amended Complaint*, filed by The City of New York, 49 MOTION to Dismiss, filed by Project Renewal, 2 Complaint filed by Mariah Lopez. For the reasons set forth above, the Court should rule as follows:(1) the City's motion to dismiss (Dkt. No. 44) should be DENIED in its entirety; (2) Project Renewal's motion to dismiss (Dkt. No. 49) should be DENIED, except GRANTED as to Lopez's failure to accommodate claim and any claims under Title II of the ADA; and (3) Lopez should be granted leave to file a Second Amended Complaint to name Project Renewal as a defendant and to add facts to support her Title III failure to accommodate claim against Project Renewal, and as further set forth in this order. Objections to R&R due by 10/13/2017. (Signed by Magistrate Judge Andrew J. Peck on 9/28/2017) (ap) Modified on 10/17/2017 (ap). (Entered: 09/29/2017) |
| 10/10/2017 | 59 | FIRST LETTER MOTION for Extension of Time *to file written objections to Report and Recommendation* addressed to Judge Valerie E. Caproni from Kevin Connolly dated October 10, 2017. Document filed by Project Renewal.(Connolly, Kevin) (Entered: 10/10/2017) |
| 10/11/2017 | 60 | ORDER granting 59 Letter Motion for Extension of Time. Application GRANTED. Objections to R&R due by 10/23/2017. (Signed by Judge Valerie E. Caproni on 10/11/2017) (mro) (Entered: 10/11/2017) |
| 10/23/2017 | 61 | OBJECTION to 58 Report and Recommendations Document filed by Project Renewal. (Greenberg, Richard) (Entered: 10/23/2017) |
| 10/23/2017 | 62 | DECLARATION of Richard I. Greenberg, Esq. in Support re: 61 Objection to Report and Recommendations. Document filed by Project Renewal. (Attachments: # 1 Exhibit A(1), # 2 Exhibit A(2), # 3 Exhibit A(3), # 4 Exhibit A(4), # 5 Exhibit A(5))(Greenberg, Richard) (Entered: 10/23/2017) |
| 10/23/2017 | 63 | OBJECTION to 58 Report and Recommendations Document filed by The City of New York. (Roberts, Thomas) (Entered: 10/23/2017) |
| 10/23/2017 | 64 | DECLARATION of Tonie Baez in Support re: 63 Objection to Report and Recommendations. Document filed by The City of New York. (Roberts, Thomas) (Entered: 10/23/2017) |
| 10/23/2017 | 65 | NOTICE of to Pro Se litigant who opposes a Rule 12 Motion supported by matters outside the pleadings and copies of decisions exculsively reported on computerized databases re: 63 Objection to Report and Recommendations. Document filed by The City of New York. (Attachments: # 1 Exhibit Ex.A; Arnold v Beth Abraham Health Servs., # 2 Exhibit Ex. B; Leo v NYC Dep't of Educ., # 3 Exhibit Ex. c; Loren v. NYC Dept of Educ., # 4 Exhibit Ex. D; Moran v NY Dep't of Health, # 5 Exhibit Ex. E; Nash v. Bd. of educ. of NY, # 6 Exhibit Ex. F; Smith v. Cuomo, # 7 Exhibit Ex. G; Cordoba v. Beau Dietl, # 8 Exhibit Ex. H; Witchard v. Monefiore Med. Ctr.)(Roberts, Thomas) (Entered: 10/23/2017) |
| 11/16/2017 | 66 | PRO SE MEMORANDUM dated 1/16/17 re: CHANGE OF ADDRESS for Mariah Lopez. New Address: Homeless - No Mailing Address, (sc) (Entered: 11/16/2017) |
| 03/05/2018 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Ona T. Wang. Please note that this is a reassignment of the designation only. (bcu) (Entered: 03/05/2018) |
| 03/05/2018 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Ona T. Wang, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge Andrew J. Peck no longer referred to the case. (bcu) (Entered: 03/05/2018) |
| 03/15/2018 | 67 | ORDER for 44 Motion to Dismiss filed by The City of New York, 49 Motion to Dismiss filed by Project Renewal, 58 Report and Recommendations. The report is ADOPTED IN FULL. The City of New York's motion to dismiss is DENIED. Project Renewal's motion to dismiss is DENIED, except as to Lopez's failure to accommodate claim and any claims under Title II of the ADA. Plaintiff is granted leave to file a second amended complaint to name Project Renewal as a defendant and to add facts to support her Title III failure to accommodate claim against Project Renewal, if she so chooses. Any such second amended complaint must be filed by April 16, 2018. The Clerk of the Court is respectfully directed to close the open motions at docket entries 44 and 49, mail a copy of this order to Plaintiff, and note mailing on the docket. SO ORDERED. (Amended Pleadings due by 4/16/2018.) (Signed by Judge Valerie E. Caproni on 3/15/18) (yv) (Entered: 03/16/2018) |
| 03/15/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 67 Order Adopting Report and Recommendations, Set Deadlines, to the Docket Assistant Clerk for case processing. (yv) (Entered: 03/16/2018) |
| 03/21/2018 | 68 | LETTER MOTION for Extension of Time to File Answer *on behalf of all defendants* addressed to Judge Valerie E. Caproni from Thomas B. Roberts dated March 21, 2018. Document filed by New York City Dept. Homeless Services, The City of New York.(Roberts, Thomas) (Entered: 03/21/2018) |
| 03/23/2018 | 69 | ORDER granting 68 Letter Motion for Extension of Time to Answer. Application GRANTED. The Clerk of the Court is directed to mail a copy of this endorsement to Plaintiff and note mailing on the docket. Project Renewal answer due 4/30/2018; The City of New York answer due 4/30/2018. (Signed by Judge Valerie E. Caproni on 3/23/2018) (kgo) (Entered: 03/23/2018) |
| 03/23/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 69 Order on Motion for Extension of Time to Answer,, to the Docket Assistant Clerk for case processing. (kgo) (Entered: 03/23/2018) |
| 03/28/2018 | 70 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Ona T. Wang. (Signed by Judge Valerie E. Caproni on 3/28/2018.) (rjm) (Entered: 03/28/2018) |
| 03/29/2018 | 71 | ORDER: IT IS HEREBY ORDERED that the Court will hold a hearing to consider Plaintiff's renewed motion for a temporary restraining order at 2:30 p.m. on March 30, 2018 in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. IT IS FURTHER ORDERED that the Defendants are directed to respond to Plaintiff's renewed motion by noon on March 30, 2018. IT IS FURTHER ORDERED that the Court will address the sealing of Plaintiff's renewed motion at the March 30, 2018 hearing. ( Motion Hearing set for 3/30/2018 at 02:30 PM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.), ( Responses due by 3/30/2018) (Signed by Judge Valerie E. Caproni on 3/29/2018) (kgo) Modified on 5/21/2018 (kgo). (Entered: 03/29/2018) |
| 03/30/2018 | | Minute Entry for proceedings held on 3/30/2018, before Judge Valerie E. Caproni: Hearing held regarding Plaintiff's application for a temporary restraining order. The Court Denied the motion for a temporary restraining order because Plaintiff has failed to demonstrate she is at risk of an irreparable injury unless the Court orders the Defendants to place Plaintiff in a private room or single-occupancy hotel room. To the extent plaintiff has demonstrated she faces an injury absent such relief, the Court concluded that risk is due to conduct unrelated to the claims in this case. The Court ordered the record of this proceeding Sealed. Court Reporter Tom Murray present. (Brantley, Michael) (Entered: 04/02/2018) |
| 04/27/2018 | 72 | NOTICE OF APPEARANCE by Nidhi Srivastava on behalf of Project Renewal. (Srivastava, Nidhi) (Entered: 04/27/2018) |
| 04/30/2018 | 73 | ANSWER to 2 Complaint. Document filed by The City of New York. (Attachments: # 1 Exhibit numbered amended complaint)(Roberts, Thomas) (Entered: 04/30/2018) |
| 04/30/2018 | 74 | ANSWER to 2 Complaint. Document filed by Project Renewal. (Attachments: # 1 Exhibit A)(Srivastava, Nidhi) (Entered: 04/30/2018) |
| 05/01/2018 | 75 | SCHEDULING ORDER: Plaintiff and counsel for Defendants shall appear for a Status Conference on May 23, 2018 at 3:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. (As further set forth in this Order.) The Clerk of Court is respectfully directed to mail a copy of this Scheduling Order to Plaintiff and note mailing on the docket. Status Conference set for 5/23/2018 at 03:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 5/1/2018) (cf) (Entered: 05/01/2018) |

| 05/01/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 75 Scheduling Order to the Docket Assistant Clerk for case processing. (cf) (Entered: 05/01/2018) |
|---|---|---|
| 05/02/2018 | 76 | SEALED DOCUMENT placed in vault.(rz) (Entered: 05/02/2018) |
| 05/16/2018 | 77 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated May 16, 2018 re: Agenda for May 23, 2018 conference. Document filed by The City of New York.(Roberts, Thomas) (Entered: 05/16/2018) |
| 05/23/2018 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 5/23/2018. (Quinn, Diane) (Entered: 05/24/2018) |
| 05/25/2018 | 78 | ORDER, At the Status Conference, the Court informed the pro se Plaintiff that if she did not consent to consolidation, she was to email Chambers by 5:00 p.m. on May 24, 2018. Plaintiff did not email Chambers by this time, so with the consent of all parties currently in this action, this case is consolidated with 18-CV-4293 (VEC) (OTW). The Court will treat the Complaint removed to this Court in 18-CV-4293 as the operative Second Amended Complaint in the consolidated matter. Defendants shall respond to the Order to Show Cause With T.R.O. in Civil Action, removed to this Court in 18-CV-4293, which this Court will treat as a Motion for Preliminary Injunction, by June 15, 2018. Plaintiff's Reply, if any, shall be filed by July 27, 2018. Defendants shall answer the Second Amended Complaint, or otherwise move for relief, by June 27, 2018. A separate Order of Service will issue for the remaining Defendants. Plaintiff is reminded to check both her email and the ECF system for future Orders. All filings and communications with this court by the pro se Plaintiff shall be filed with the Pro Se Intake Unit, 500 Pearl Street, Room 200, New York, NY 10007. All future filings in this matter shall be filed only in this action, 17-CV-3014. SO ORDERED. (NYC Dept of Homeless Services, NYC Dept of Homeless Services, NYC Human Resources Administration, NYC Human Resources Administration, Project Renewal, Inc., Project Renewal, Inc., QPS Security, Inc., QPS Security, Inc., WIN, Inc., WIN, Inc., Christine C. Quinn and Christine C. Quinn added.), (Motions due by 6/27/2018., Responses due by 6/15/2018, Replies due by 7/27/2018.) (Signed by Magistrate Judge Ona T. Wang on 5/25/18) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(yv) (Entered: 05/25/2018) |
| 05/25/2018 | | Set/Reset Deadlines: All Defendants. (yv) (Entered: 05/25/2018) |
| 05/25/2018 | 79 | ORDER OF SERVICE: To allow Plaintiff to effect service on Defendants QPS Security, Inc., WIN, Inc., and Christine C. Quinn through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these Defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants. Plaintiff does not have a mailing address but has consented to receive documents electronically. The Clerk of Court is therefore directed to docket an information package. The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for QPS Security, Inc., WIN, Inc., and Christine C. Quinn and deliver all documents necessary to effect service to the U.S. Marshals Service. SO ORDERED. (USM-285 Form due by 6/25/2018. Request for Issuance of Summons due by 6/25/2018.) (Signed by Magistrate Judge Ona T. Wang on 5/25/18) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(yv) (Entered: 05/25/2018) |
| 05/29/2018 | | SUMMONS ISSUED as to QPS Security, Inc., Christine C. Quinn, WIN Inc.. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(sbr) (Entered: 05/29/2018) |
| 05/29/2018 | | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 05/29/2018 Re: Judge Valerie E. Caproni (9 in 1:18-cv-04293-VEC-OTW) Order of Service,,,. The following document(s) were enclosed in the Service Package: Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)QPS Security, Inc.; WIN Inc.; Christine C. Quinn. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(sbr) (Entered: 05/29/2018) |
| 06/15/2018 | 80 | RESPONSE re: 78 Order, Add and Terminate Parties, Set Deadlines,,,,,,,,,,,,,,, . Document filed by Project Renewal, Inc.. (Srivastava, Nidhi) (Entered: 06/15/2018) |
| 06/15/2018 | 81 | DECLARATION of Thomas B. Roberts in Opposition re: 23 MOTION Emergency Relief (to get back in Shelter) Requested.. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Attachments: # 1 Exhibit Marsga's House Rules, # 2 Exhibit Suspension Request Form, # 3 Exhibit Notification of Transfer, # 4 Exhibit Transfer Referral, # 5 Exhibit Plaintiff's Pleading in 100632/2017, # 6 Exhibit 5/12/17 Transcript in 100632/2017, # 7 Exhibit 5/15/17 Transcript in 100632/2017, # 8 Exhibit Incident Reports, # 9 Exhibit Status of 2017BX021431, # 10 Exhibit Suspension Request, # 11 Exhibit Incident Report, # 12 Exhibit 5/31/2017 Transcript in 100632/2017, # 13 Exhibit Email Chain, # 14 Exhibit Decision & Judgment in 100632/2017, # 15 Exhibit Letter of Dr. Reed, # 16 Exhibit Letter of Dr. Arty, # 17 Exhibit Reasonable Accomodation Request Determination, # 18 Exhibit Plaintiff pleadings in 100871/2017, # 19 Exhibit Respondent's Answer (without exhibits) in 100871/2017, # 20 Exhibit Affidavit of Laraque, # 21 Exhibit Order in 100871/2017, # 22 Exhibit Order in 100556/2018)(Roberts, Thomas) (Entered: 06/15/2018) |
| 06/15/2018 | 82 | MEMORANDUM OF LAW in Opposition re: 23 MOTION Emergency Relief (to get back in Shelter) Requested. . Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Roberts, Thomas) (Entered: 06/15/2018) |
| 06/27/2018 | 83 | ANSWER to 2 Complaint. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Attachments: # 1 Exhibit Numbered version of Second Amended Complaint)(Roberts, Thomas) (Entered: 06/27/2018) |
| 06/27/2018 | 84 | ANSWER to 2 Complaint. Document filed by Project Renewal, Inc.. (Attachments: # 1 Exhibit A)(Srivastava, Nidhi) (Entered: 06/27/2018) |
| 07/16/2018 | 85 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. QPS Security, Inc. served on 6/28/2018, answer due 8/27/2018. Service was made by MAIL. Document filed by Mariah Lopez. (vba) (Entered: 07/16/2018) |
| 07/16/2018 | 86 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Christine C. Quinn served on 7/2/2018, answer due 8/31/2018. Service was accepted by Jill K. Grant - Attorney. Document filed by Mariah Lopez. (aea) (Entered: 07/16/2018) |
| 07/16/2018 | 87 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. WIN, Inc. served on 7/2/2018, answer due 8/31/2018. Service was accepted by Jill K. Grant - Attorney. Document filed by Mariah Lopez. (aea) (Entered: 07/16/2018) |
| 07/17/2018 | 88 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Amelia Anne Cottrell on behalf of Christine C. Quinn, WIN, Inc. (Cottrell, Amelia) (Entered: 07/17/2018) |
| 07/17/2018 | 89 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by WIN, Inc..(Cottrell, Amelia) (Entered: 07/17/2018) |
| 07/18/2018 | 90 | TRANSCRIPT of Proceedings re: conference held on 5/23/2018 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2018. Redacted Transcript Deadline set for 8/20/2018. Release of Transcript Restriction set for 10/16/2018.(McGuirk, Kelly) (Entered: 07/18/2018) |
| 07/18/2018 | 91 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 5/23/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/18/2018) |
| 07/20/2018 | 92 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/23/2018 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/10/2018. Redacted Transcript Deadline set for 8/20/2018. Release of Transcript Restriction set for 10/18/2018 (McGuirk, Kelly) (Entered: 07/20/2018) |
| 07/20/2018 | 93 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/23/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/20/2018) |
| 07/23/2018 | 94 | NOTICE OF CHANGE OF ADDRESS by Amelia Anne Cottrell on behalf of Christine C. Quinn, WIN, Inc.. New Address: Willkie Farr & Gallagher, 787 Seventh Avenue, New York, New York, USA 10019-6099, 212-728-8000. (Cottrell, Amelia) (Entered: 07/23/2018) |
| 08/06/2018 | 95 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/06/2018) |
| 08/07/2018 | 96 | LETTER addressed to Judge Valerie E. Caproni from Mariah Lopez, dated 8/6/18 re: Plaintiff writes this letter to serve as an update for the Court as it relates to the case and parties and facts in this action; and she requests that the Court consider that she has suffered for more than a year without stable housing etc.; and that she may need the help of a lawyer at this point, or at least Court consideration by way of a very long adjournment etc. Document filed by Mariah Lopez.(sc) (Entered: 08/08/2018) |
| 08/10/2018 | 97 | LETTER addressed to Judge Valerie E. Caproni from Thomas B. Roberts dated August 10, 2018 re: Ms. Lopez' August 7, 2018 letter (dkt. no. 96). Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 08/10/2018) |
| 08/13/2018 | 98 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Valerie E. Caproni from Jill K. Grant dated August 13, 2018. Document filed by Christine C. Quinn, WIN, Inc..(Cottrell, Amelia) (Entered: 08/13/2018) |
| 08/14/2018 | 99 | ORDER granting 98 Letter Motion for Extension of Time to Answer re 2 Complaint. The application is GRANTED. This case has been referred to me for general pre-trial purposes, and such applications should be directed to me in the future. SO ORDERED. (Christine C. Quinn answer due 10/5/2018.; WIN, Inc. answer due 10/5/2018.) (Signed by Magistrate Judge Ona T. Wang on 8/14/2018) (rro) (Entered: 08/14/2018) |
| 08/14/2018 | 100 | NOTICE OF APPEARANCE by Stephen Paul Pischl on behalf of QPS Security, Inc.. (Pischl, Stephen) (Entered: 08/14/2018) |
| 08/14/2018 | 101 | LETTER MOTION for Extension of Time to Respond to the Complaint addressed to Magistrate Judge Ona T. Wang from Stephen P. Pischl dated August 14, 2018. Document filed by QPS Security, Inc.. (Pischl, Stephen) (Entered: 08/14/2018) |
| 08/20/2018 | 102 | ORDER granting 101 Letter Motion for Extension of Time. The application is GRANTED. Defendant QPS Security shall respond to the complaint by October 5, 2018. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 8/20/2018) (rro) (Entered: 08/20/2018) |
| 08/20/2018 | | Set/Reset Deadlines: QPS Security, Inc. answer due 10/5/2018. (rro) (Entered: 08/20/2018) |
| 09/07/2018 | 103 | LETTER addressed to Judge Valerie E. Caproni from Mariah Lopez, dated 9/5/18 re: Plaintiff writes to the Court because she is considering filing an emergency motion for relief before the Court, requesting that the Municipal Defendants be compelled to provide her with safe temporary housing. Document filed by Mariah Lopez.(sc) (Entered: 09/07/2018) |
| 10/04/2018 | 104 | NOTICE OF APPEARANCE by Jill Kaden Grant on behalf of Christine C. Quinn, WIN, Inc.. (Grant, Jill) (Entered: 10/04/2018) |
| 10/05/2018 | 105 | MOTION to Dismiss *the Second Amended Complaint*. Document filed by Christine C. Quinn, WIN, Inc..(Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 106 | MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 107 | DECLARATION of Jill K. Grant in Support re: 105 MOTION to Dismiss *the Second Amended Complaint*.. Document filed by Christine C. Quinn, WIN, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Grant, Jill) (Entered: 10/05/2018) |
| 10/05/2018 | 108 | DECLARATION of Christine C. Quinn in Support re: 105 MOTION to Dismiss *the Second Amended Complaint*.. Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 109 | NOTICE of to Pro Se litigant who opposes a Rule 12 Motion supported by matters outside the pleadings re: 105 MOTION to Dismiss *the Second Amended Complaint*.. Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 110 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by QPS Security, Inc..(Pischl, Stephen) (Entered: 10/05/2018) |
| 10/05/2018 | 111 | ANSWER to Complaint. Document filed by QPS Security, Inc.. (Attachments: # 1 Exhibit A - Numbered Complaint)(Pischl, Stephen) (Entered: 10/05/2018) |
| 11/15/2018 | 112 | SCHEDULING ORDER: Plaintiff and counsel for Defendants shall appear for a Status Conference on January 10, 2019 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. At least three days before the conference, Defendants shall submit a letter via ECF, with copies to the Plaintiff, identifying their agenda items for the conference and the current procedural posture of the case. Plaintiff may file a letter by email, with copies to counsel for Defendants, by January 9, 2019 responding to any issues raised by Defendants and identifying any agenda items for the conference. The Clerk of Court is respectfully directed to email a copy of this Scheduling Order to Plaintiff and note mailing on the docket. SO ORDERED. Status Conference set for 1/10/2019 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 11/15/2018) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 11/16/2018) |
| 12/20/2018 | | Request for Subpoenas Issued and Given: Request for (6) Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises, and (2) Subpoenas to Appear and Testify at a Hearing or Trial, from Mariah Lopez issued and given at the Pro Se Intake Counter on 12/20/2018. (vn) (Entered: 12/20/2018) |
| 12/20/2018 | 113 | EMERGENCY MOTION FOR TRO, re: for Temporary Restraining Order. Document filed by Mariah Lopez.(sc) (Entered: 12/21/2018) |
| 12/21/2018 | 114 | MOTION for Nidhi Srivastava to Withdraw as Attorney . Document filed by Project Renewal, Inc..(Srivastava, Nidhi) (Entered: 12/21/2018) |
| 12/21/2018 | 115 | DECLARATION of Nidhi Srivastava in Support re: 114 MOTION for Nidhi Srivastava to Withdraw as Attorney .. Document filed by Project Renewal, Inc.. (Srivastava, Nidhi) (Entered: 12/21/2018) |
| 12/21/2018 | 116 | REPORT AND RECOMMENDATIONS re: 113 MOTION for Temporary Restraining Order. filed by Mariah Lopez. Here, Plaintiff is seeking the substantially the same relief she has sought in her Second Amended Complaint and her Motion for Preliminary Injunction, which remains pending. (See ECF 78). Plaintiff is also essentially renewing her past motion seeking a Temporary Restraining Order, made on June 15, 2017, and denied by Judge Batts on the same day. (ECF 32). Plaintiff is seeking affirmative, not prohibitory relief, and it is unclear what irreparable harm the current motion seeks to avoid. Because of the heightened standard in this Circuit governing requests for affirmative emergency relief, the Court recommends that the motion be DENIED. The Court will address the issues raised in the Motion at the previously scheduled status conference, currently set for January 10, 2019. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days (including weekends and holidays) from service of this Report to file written objections. See also Fed. R. Civ. P. 6 (allowing three (3) additional da |

| | | |
|---|---|---|
| | | for service by mail). A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable Valerie E. Caproni, United States District Judge. Any requests for an extension of time for filing Objections must be directed to Judge Caproni. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW. (See Thomas v. Arn, 474 U.S. 140, 155 (1985); IUE AFLCIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983)). The Clerk of Court is directed to mail a copy of this Report and Recommendation to Plaintiff. Objections to R&R due by 1/4/2019 (Signed by Magistrate Judge Ona T. Wang on 12/21/2018) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 12/21/2018) |
| 12/21/2018 | 117 | ORDER granting 114 Motion to Withdraw as Attorney. The application of Nidhi Srivastava to Withdraw as Attorney, ECF No. 114, is GRANTED. SO ORDERED. (Attorney Nidhi Srivastava terminated.) (Signed by Magistrate Judge Ona T. Wang on 12/21/2018) (rro) (Entered: 12/21/2018) |
| 01/07/2019 | 118 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Jan. 7, 2019 re: Status Conference scheduled for Jan. 10, 2019. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, The City of New York.(Roberts, Thomas) (Entered: 01/07/2019) |
| 01/07/2019 | 119 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Jan. 7, 2019 re: Exhibit A to DKT NO 118. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, The City of New York. (Attachments: # 1 Exhibit Subpoenas)(Roberts, Thomas) (Entered: 01/07/2019) |
| 01/10/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 1/10/2019. (Quinn, Diane) (Entered: 01/10/2019) |
| 01/10/2019 | 120 | SCHEDULING ORDER: Plaintiff shall file her opposition to Defendants Christine M. Quinn and WIN Inc.'s Motion to Dismiss, ECF No. 105, by February 15, 2019. Defendants Christine M. Quinn and WIN Inc. shall file their reply, if any to Plaintiff's opposition by March 15, 2019, or four weeks after Plaintiff's opposition is filed. It is further ORDERED that a Case Management Conference shall be held on February 6, 2019 at 2:00 p.m. in Courtroom 20D, 500 Pearl Street. Defendants who have not answered Plaintiff's Second Amended Complaint are not required to attend, absent further order of the Court. The attending parties shall submit a joint report in accordance with Fed. R. Civ. P. 26(f) at least one week before the Case Management Conference. SO ORDERED. (Case Management Conference set for 2/6/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.), Set Deadlines/Hearing as to 105 MOTION to Dismiss the Second Amended Complaint. (Responses due by 2/15/2019, Replies due by 3/15/2019.) (Signed by Magistrate Judge Ona T. Wang on 1/10/2019) (rro) (Entered: 01/10/2019) |
| 01/10/2019 | 121 | MOTION for Evan Schnittman to Withdraw as Attorney for the City of New York. Document filed by The City of New York Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(Schnittman, Evan) (Entered: 01/10/2019) |
| 01/10/2019 | 122 | DECLARATION of Evan Schnittman in Support re: (10 in 1:18-cv-04293-VEC-OTW, 121 in 1:17-cv-03014-VEC-OTW) MOTION for Evan Schnittman to Withdraw as Attorney for the City of New York.. Document filed by The City of New York. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(Schnittman, Evan) (Entered: 01/10/2019) |
| 01/11/2019 | 123 | ORDER granting 121 Motion to Withdraw as Attorney. The application of Evan Schnittman to Withdraw as Counsel, ECF No. 121, is GRANTED. SO ORDERED. (Attorney Evan Robert Schnittman terminated.) (Signed by Magistrate Judge Ona T. Wang on 1/11/2019) (rro) (Entered: 01/11/2019) |
| 01/30/2019 | 124 | PROPOSED CASE MANAGEMENT PLAN. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, Project Renewal, Project Renewal, Inc., QPS Security, Inc., The City of New York. (Roberts, Thomas) (Entered: 01/30/2019) |
| 02/01/2019 | 25 | LETTER from Mariah Lopez to Magistrate Judge O.T. Wong, dated 2/1/19 re: Plaintiff requests that the Court to issue a writ and order the New York County DA's Office to release the plaintiff's two cellular devices confiscated on 1/31/19. Document filed by Mariah Lopez.(sc) Modified on 2/4/2019 (sc). (Main Document 25 replaced on 3/4/2019) (sc). (Entered: 02/04/2019) |
| 02/05/2019 | 125 | ORDER: It is HEREBY ORDERED that: Defendant the City of New York shall respond by letter to Plaintiff's Emergency Writ by February 6, 2019 at 12:00 p.m. and is directed to serve a copy of the Emergency Writ and this Order on the New York Country District Attorney's Office. The Court will address these matters at the previously scheduled Case Management Conference on February 6, 2019 at 2:00 p.m. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 2/5/2019) (rro) (Entered: 02/05/2019) |
| 02/06/2019 | 126 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Feb. 6, 2019 re: Response to plaintiff's request for an "Emergency Writ". Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 02/06/2019) |
| 02/06/2019 | 127 | ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL: The Clerk of Court is directed to attempt to locate pro bono counsel to represent the plaintiff at a settlement conference to be conducted before the undersigned. If pro bono counsel is located, such counsel shall represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. If the Clerk of Court is unable to locate pro bono counsel, the plaintiff shall appear without counsel at the settlement conference. Any objection by the plaintiff to the grant of pro bono counsel to represent the plaintiff at a settlement conference must be filed within 14 days of the date of this Order. In the event the plaintiff files such an objection, this grant for pro bono counsel is vacated. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 2/6/2019) (anc) (Entered: 02/06/2019) |
| 02/06/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Case Management Conference held on 2/6/2019. Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(ft) (Entered: 02/06/2019) |
| 02/06/2019 | 128 | LETTER addressed to Magistrate Judge Ona T. Wang from Mariah Lopez, dated 2/6/19 re: LETTER IN SUPPORT OF EMERGENCY WRIT. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/06/2019 | 129 | PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE. Document filed by Mariah Lopez. (sc) (Entered: 02/07/2019) |
| 02/06/2019 | 130 | LETTER from Mariah Lopez, dated 2/6/19 re: EXHIBITS. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/06/2019 | 131 | (Motion for) EMERGENCY WRIT, as to New York County District Attorney's Office. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/08/2019 | 132 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/10/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/1/2019. Redacted Transcript Deadline set for 3/11/2019. Release of Transcript Restriction set for 5/9/2019.(McGuirk, Kelly) (Entered: 02/08/2019) |
| 02/08/2019 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/10/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 02/08/2019) |
| 03/04/2019 | 134 | TRANSCRIPT of Proceedings re: Case Management Conference held on 2/6/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2019. Redacted Transcript Deadline set for 4/4/2019. Release of Transcript Restriction set for 6/3/2019.(aea) (Entered: 03/04/2019) |
| 03/04/2019 | 135 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Case Management Conference proceeding held on 2/06/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 03/04/2019) |
| 03/26/2019 | 136 | ORDER: The Court will hold a Pre-Settlement Conference Telephone Call on Wednesday, April 17, 2019 at 2:00 p.m. Please call Chambers at 212-805-0260 when all counsel are on the line. SO ORDERED. (Telephone Conference set for 4/17/2019 at 02:00 PM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 3/26/2019) (rro) (Entered: 03/26/2019) |
| 03/29/2019 | 137 | LETTER addressed to Magistrate Judge Ona T. Wang from M. Lopez, dated 3/29/19 re: STATUS LETTER FROM PLAINTIFF TO THE COURT; REQUEST FOR THE COURT TO LIFT STAY ON DISCOVERY, UPDATING THE COURT TO SEVERAL RECENT RELEVANT EVENTS ETC. Document filed by Mariah Lopez.(sc) (Entered: 04/01/2019) |
| 04/02/2019 | 138 | ORDER: The Court will hold an in-person Status Conference on Wednesday, April 17, 2019 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. The previously-scheduled April 17 Pre-Settlement Conference Telephone Call is accordingly adjourned sine die. SO ORDERED. Status Conference set for 4/17/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 4/2/2019) (rj) (Entered: 04/02/2019) |
| 04/17/2019 | 139 | ORDER denying as moot 131 Motion for Writ. The Court held a Status Conference in this matter on April 17, 2019. As discussed at the Conference, it is HEREBY ORDERED that: 1. Plaintiff shall file her Opposition to Defendants Christine C. Quinn and WIN, Inc.'s Motion to Dismiss by April 26, 2019. Defendants' replies, if any, are due May 24, 2019; 2. The Court also issued several directives regarding discovery and settlement. The parties are referred to the transcript for further dates and specifics. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on May 28, 2019 at 3:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by May 22, 2019 identifying their agenda items for the conference. Because the Motion to Dismiss should be fully briefed by that time, counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the May 28 Conference. Because the Court has been informed that Plaintiff has regained possession of her phones, the issues raised in ECF 131 are now moot, and the Clerk of Court is directed to close the open motion at ECF 131. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 4/17/2019) (rro) (Entered: 04/17/2019) |
| 04/17/2019 | | Set/Reset Hearings:(Status Conference set for 5/28/2019 at 03:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.), Set/Reset Deadlines as to 105 MOTION to Dismiss the Second Amended Complaint (Responses due by 4/26/2019, Replies due by 5/24/2019.) (rro) Modified on 8/19/2019 (rro). (Entered: 04/19/2019) |
| 04/17/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 4/17/2019. (Court Reporter Pamela Utter) (ft) (Entered: 04/24/2019) |
| 04/26/2019 | 140 | LETTER MOTION for Leave to File Stipulation of Dismissal with Prejudice addressed to Judge Valerie E. Caproni from Stephen P. Pischl dated April 26, 2019. Document filed by QPS Security, Inc.. (Attachments: # 1 Appendix A - Stipulation of Dismissal with Prejudice, Executed by Plaintiff Pro Se & Quality Protection Services, Inc.)(Pischl, Stephen) (Entered: 04/26/2019) |
| 04/26/2019 | 141 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties to the above-entitled action listed below and their attorneys of record, that Plaintiff hereby voluntarily dismisses with prejudice all claims, counterclaims and defenses asserted in this action as against Quality Protection Services, Inc., incorrectly named herein as QPS Security, Inc., without costs, expenses or attorneys' fees to either party. So Ordered. *** Party QPS Security, Inc. terminated. (Signed by Judge Valerie E. Caproni on 4/26/2019) (js) Modified on 4/29/2019 (js). (Entered: 04/29/2019) |
| 05/15/2019 | 142 | ORDER: Per the Court's April 17, 2019 Order, Plaintiff was directed to file her opposition to Defendants Christine C. Quinn and WIN, Inc.'s Motion to Dismiss, ECF 105-109, by April 26, 2019. To date, Plaintiff has failed to file any opposition. Plaintiff shall respond to the Motion to Dismiss by May 31, 2019. Failure to timely file an opposition may result in the Court considering the motion to dismiss unopposed. The Quinn and WIN Defendants' reply, if any, shall be filed by June 14, 2019. The May 28, 2019 Status Conference remains as scheduled. The parties are reminded to each file a letter, via ECF, by May 22, 2019 identifying their agenda items for the conference. Counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the May 28 Conference. Set Deadlines/Hearing as to 105 MOTION to Dismiss the Second Amended Complaint. (Responses due by 5/31/2019, Replies due by 6/14/2019.) (Signed by Magistrate Judge Ona T. Wang on 5/15/2019) (rro) (Entered: 05/16/2019) |
| 05/21/2019 | 143 | NOTICE OF MOTION FOR CLASS CERTIFICATION. Document filed by Mariah Lopez.(sc) (Entered: 05/22/2019) |
| 05/22/2019 | 144 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated May 22, 2019 re: Proposed agenda for May 28, 2019 conference. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 05/22/2019) |
| 05/28/2019 | 145 | NOTICE OF APPEARANCE by Jason A Zoldessy on behalf of Project Renewal, Project Renewal, Inc.. (Zoldessy, Jason) (Entered: 05/28/2019) |
| 05/28/2019 | 146 | PLAINTIFF'S RESPONSE TO WIN WEST'S MOTION TO DISMISS, re: 105 MOTION to Dismiss the Second Amended Complaint. Document filed by Mariah Lopez. (sc) (Entered: 05/28/2019) |
| 05/29/2019 | 147 | ORDER: The Court held a Status Conference in this matter on May 28, 2019. As discussed at the Conference, it is HEREBY ORDERED that: Defendants shall order a copy of the May 28 Conference transcript and provide a copy to Plaintiff. Defendants shall also provide Plaintiff with a copy of the transcript for the April 17, 2019 Conference if not previously provided. Prior to being granted access to Plaintiff's Family Court records, the parties must file a joint stipulation adopting the Court's model protective order, found at http://nysd.uscourts.gov/judge/Wang, or submit to the Court their own joint proposed protective order. The City shall file a status letter by July 3, 2019 advising the Court on the need, if any, to obtain HIPAA releases from Plaintiff before engaging in settlement talks and if so, the general nature of the information sought. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on July 10, 2019 at 11:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff shall immediately notify the Court if her trial will interfere with her ability to attend the July 10 Conference. Plaintiff and Defendants shall each file a letter, via ECF, by July 3, 2019 identifying their agenda items for the conference. Counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the July 10 Conference. SO ORDERED. (Status Conference set for 7/10/2019 at 11:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 5/29/2019) (rro) (Entered: 05/29/2019) |
| 05/29/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 5/29/2019. (Court Reporter Sonya Moore) (ft) (Entered: 05/29/2019) |
| 05/31/2019 | 148 | ORDER: Pursuant to 22 CRR-NY 205.5(e), the Clerk of the New York County Family Court is hereby ordered to produce a certified copy of the complete proceedings in the following matters regarding the plaintiff in this action, which records are necessary for this action: and further set forth in this Order. The records shall be delivered to: Records Management, Room 370, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 5/31/2019) (rro) Transmission to Records Management Clerk for processing. (Entered: 05/31/2019) |
| 06/07/2019 | 149 | TRANSCRIPT of Proceedings re: conference held on 4/17/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Pamela Utter, |

| | | |
|---|---|---|
| | | (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/28/2019. Redacted Transcript Deadline set for 7/8/2019. Release of Transcript Restriction set for 9/5/2019.(McGuirk, Kelly) (Entered: 06/07/2019) |
| 06/07/2019 | 150 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/17/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/07/2019) |
| 06/11/2019 | 151 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated June 11, 2019. Document filed by Christine C. Quinn, WIN, Inc..(Grant, Jill) (Entered: 06/11/2019) |
| 06/11/2019 | 152 | ORDER granting 151 CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated June 11, 2019. Document filed by Christine C. Quinn, WIN, Inc. Application Granted. Defendants' reply brief due June 21, 2019. SO ORDERED. (Replies due by 6/21/2019). (Signed by Magistrate Judge Ona T. Wang on 6/11/2019) (rjm) (Entered: 06/11/2019) |
| 06/21/2019 | 153 | LETTER addressed to Judge Valerie E. Caproni from Richard I. Greenberg dated June 21, 2019 re: Request to So Order the parties' Stipulation and Order of Final Dismissal with Prejudice. Document filed by Project Renewal, Inc.. (Attachments: # 1 Exhibit Proposed Stipulation and Order of Final Dismissal with Prejudice)(Zoldessy, Jason) (Entered: 06/21/2019) |
| 06/21/2019 | 154 | REPLY MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss *the Second Amended Complaint*. . Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 06/21/2019) |
| 06/24/2019 | 155 | STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pro Se Mariah Lopez and Defendant Project Renewal, by and through its undersigned counsel, that this action be and is hereby dismissed in its entirety and against Project Renewal, with prejudice, and with no award of attorneys' fees or costs by the Court to any party. SO ORDERED. Project Renewal terminated. (Signed by Judge Valerie E. Caproni on 6/24/2019) (kv) (Entered: 06/24/2019) |
| 07/03/2019 | 156 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 3, 2019 re: Need for HIPAA releases for settlement discussion. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 07/03/2019) |
| 07/03/2019 | 157 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 3, 2019 re: Proposed agenda for July 10, 2019 conference. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 07/03/2019) |
| 07/10/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 7/10/2019. PRO-SE litigant Mariah Lopez via telephone conference present. Thomas B. Roberts and Tonie Baez present for Defendants.Court Reporter Kelly Surina present. (wv) (Entered: 07/10/2019) |
| 07/11/2019 | 158 | ORDER: It is HEREBY ORDERED that: 1. By July 17, 2019, the Municipal Defendants shall email to Chambers, copying Plaintiff, a history of Defendants' prior settlement offers and the effect on settlement, if any, of Plaintiff's enrolling in classes in Schenectady. Plaintiff may file a response to Defendants email by July 31, 2019. 2. Defendants shall file their opposition to Plaintiff's Motion for Class Certification, ECF 143, by July 24, 2019. 3. Plaintiff shall file a status letter by July 31, 2019 regarding any outstanding issues that were not addressed or resolved at the July 10 Conference. Defendants may file a letter response to Plaintiff's status letter by August 5, 2019. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on Tuesday, September 10, 2019 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by September 3, 2019 identifying their agenda items for the conference. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 7/11/2019) ( Responses due by 7/24/2019, Status Conference set for 9/10/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (ks) (Entered: 07/11/2019) |
| 07/16/2019 | 159 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/28/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/15/2019.(McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 160 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/28/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/17/2019 | 161 | LETTER addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated July 17, 2019 re: Plaintiff's Motion for Class Certification. Document filed by Christine C. Quinn, WIN, Inc..(Grant, Jill) (Entered: 07/17/2019) |
| 07/18/2019 | 162 | MEMO ENDORSEMENT on re: 161 Letter filed by WIN, Inc., Christine C. Quinn ENDORSEMENT: The WIN Defendants do not need to respond to Plaintiff's motion for class certification at this time. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 7/18/2019) (rro) (Entered: 07/18/2019) |
| 07/24/2019 | 163 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 24, 2019 re: 143 MOTION to Certify Class. . Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Roberts, Thomas) (Entered: 07/24/2019) |
| 08/01/2019 | 164 | LETTER addressed to Magistrate Judge Ona T. Wang from Mariah Lopez dated 8/1/19 re: (UPDATE LETTER) - Plaintiff awaits this Court's review of the Municipal Defendants' counter-offer for settlement in this case, but in the meantime believe that Discovery ( a two-sided Discovery process) is warranted and overdue. Document filed by Mariah Lopez. (sc) (Entered: 08/02/2019) |
| 08/02/2019 | 165 | REPORT & RECOMMENDATION re: 105 MOTION to Dismiss *the Second Amended Complaint* filed by WIN, Inc., Christine C. Quinn For the foregoing reasons, I recommend that Defendant Quinn and WIN, Inc.'s Motion to Dismiss be GRANTED in its entirety. In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days (including weekends and holidays) from receipt of this Report to file written objections. See also Fed. R. Civ. P. 6 (allowing three (3) additional days for service by mail). A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable Valerie E. Caproni, United States District Judge. Any requests for an extension of time for filing objections must be directed to Judge Caproni. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW. See Thomas v. Arn, 474 U.S. 140, 155 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983). If Plaintiff wishes to review, but does not have access to, cases cited herein that are reported on Westlaw, she should request copies from the WIN Defendants. See Lebron v. Sanders, 557 F.3d 76, 79 (2d Cir. 2009). (Objections to R&R due by 8/16/2019.) (Signed by Magistrate Judge Ona T. Wang on 8/2/2019) (rro) Modified on 8/5/2019 (rro). (Entered: 08/02/2019) |
| 08/05/2019 | 166 | MEMO ENDORSEMENT on re: 164 Letter, filed by Mariah Lopez. ENDORSEMENT: Application Granted. Plaintiff shall file her reply to her motion for class certification by September 20, 2019. SO ORDERED. (Replies due by 9/20/2019.) (Signed by Magistrate Judge Ona T. Wang on |

| | | 8/5/2019) (rro) (Entered: 08/05/2019) |
|---|---|---|
| 08/06/2019 | 167 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/10/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Kelly Surina, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2019. Redacted Transcript Deadline set for 9/6/2019. Release of Transcript Restriction set for 11/4/2019 (McGuirk, Kelly) (Entered: 08/06/2019) |
| 08/06/2019 | 168 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/10/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/06/2019) |
| 08/19/2019 | 169 | LETTER from Mariah Lopez dated 8/16/2019 re: Request for filing Extension..... Document filed by Mariah Lopez. (vn) (Entered: 08/19/2019) |
| 08/20/2019 | 170 | MEMO ENDORSEMENT: on re: (169 in 1:17-cv-03014-VEC-OTW) Letter filed by Mariah Lopez. ENDORSEMENT: Ms. Lopez's objections, if any, must be filed by Friday, August 23, 2019. Defendants' response must be filed by September 4, 2019. Ms. Lopez's reply, if any, must be filed by September 11, 2019. The parties are advised that no further extensions of the briefing schedule will be granted. The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Lopez and note mailing on the docket. SO ORDERED., ( Objections to R&R due by 8/23/2019, Responses due by 9/4/2019, Replies due by 9/11/2019.) (Signed by Judge Valerie E. Caproni on 8/20/2019) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(ama) Transmission to Docket Assistant Clerk for processing. (Entered: 08/20/2019) |
| 08/20/2019 | | Mailed a copy of 170 Memo Endorsement, Set Deadlines/Hearings, to Mariah Lopez 1414 E. 28th St. Brooklyn, NY 11210. (aea) (Entered: 08/20/2019) |
| 08/23/2019 | 171 | PLAINTIFF'S RESPONSE to WIN WEST'S MOTION TO DISMISS: MAGISTRATE WANG'S REPORT & RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO DISMISS, re: 105 MOTION to Dismiss the Second Amended Complaint. Document filed by Mariah Lopez. (sc) (Entered: 08/26/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/27/2019 15:35:00 | | | |
| **PACER Login:** | moglidabear | **Client Code:** | admo |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-03014-VEC-OTW |
| **Billable Pages:** | 23 | **Cost:** | 2.30 |

| | | |
|---|---|---|
| | | (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/28/2019. Redacted Transcript Deadline set for 7/8/2019. Release of Transcript Restriction set for 9/5/2019.(McGuirk, Kelly) (Entered: 06/07/2019) |
| 06/07/2019 | 150 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/17/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/07/2019) |
| 06/11/2019 | 151 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated June 11, 2019. Document filed by Christine C. Quinn, WIN, Inc..(Grant, Jill) (Entered: 06/11/2019) |
| 06/11/2019 | 152 | ORDER granting 151 CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated June 11, 2019. Document filed by Christine C. Quinn, WIN, Inc. Application Granted. Defendants' reply brief due June 21, 2019. SO ORDERED. (Replies due by 6/21/2019). (Signed by Magistrate Judge Ona T. Wang on 6/11/2019) (rjm) (Entered: 06/11/2019) |
| 06/21/2019 | 153 | LETTER addressed to Judge Valerie E. Caproni from Richard I. Greenberg dated June 21, 2019 re: Requst to So Order the parties' Stipulation and Order of Final Dismissal with Prejudice. Document filed by Project Renewal, Inc.. (Attachments: # 1 Exhibit Proposed Stipulation and Order of Final Dismissal with Prejudice)(Zoldessy, Jason) (Entered: 06/21/2019) |
| 06/21/2019 | 154 | REPLY MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss *the Second Amended Complaint.* . Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 06/21/2019) |
| 06/24/2019 | 155 | STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pro Se Mariah Lopez and Defendant Project Renewal, by and through its undersigned counsel, that this action be and is hereby dismissed in its entirety and against Project Renewal, with prejudice, and with no award of attorneys' fees or costs by the Court to any party. SO ORDERED. Project Renewal terminated. (Signed by Judge Valerie E. Caproni on 6/24/2019) (kv) (Entered: 06/24/2019) |
| 07/03/2019 | 156 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 3, 2019 re: Need for HIPAA releases for settlement discussion. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 07/03/2019) |
| 07/03/2019 | 157 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 3, 2019 re: Proposed agenda for July 10, 2019 conference. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 07/03/2019) |
| 07/10/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 7/10/2019. PRO-SE litigant Mariah Lopez via telephone conference present. Thomas B. Roberts and Tonie Baez present for Defendants.Court Reporter Kelly Surina present. (wv) (Entered: 07/10/2019) |
| 07/11/2019 | 158 | ORDER: It is HEREBY ORDERED that: 1. By July 17, 2019, the Municipal Defendants shall email to Chambers, copying Plaintiff, a history of Defendants' prior settlement offers and the effect on settlement, if any, of Plaintiff's enrolling in classes in Schenectady. Plaintiff may file a response to Defendants email by July 31, 2019. 2. Defendants shall file their opposition to Plaintiff's Motion for Class Certification, ECF 143, by July 24, 2019. 3. Plaintiff shall file a status letter by July 31, 2019 regarding any outstanding issues that were not addressed or resolved at the July 10 Conference. Defendants may file a letter response to Plaintiff's status letter by August 5, 2019. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on Tuesday, September 10, 2019 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by September 3, 2019 identifying their agenda items for the conference. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 7/11/2019) ( Responses due by 7/24/2019, Status Conference set for 9/10/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (ks) (Entered: 07/11/2019) |
| 07/16/2019 | 159 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/28/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/15/2019.(McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 160 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/28/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/17/2019 | 161 | LETTER addressed to Magistrate Judge Ona T. Wang from Jill K. Grant dated July 17, 2019 re: Plaintiff's Motion for Class Certification. Document filed by Christine C. Quinn, WIN, Inc..(Grant, Jill) (Entered: 07/17/2019) |
| 07/18/2019 | 162 | MEMO ENDORSEMENT on re: 161 Letter filed by WIN, Inc., Christine C. Quinn ENDORSEMENT: The WIN Defendants do not need to respond to Plaintiff's motion for class certification at this time. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 7/18/2019) (rro) (Entered: 07/18/2019) |
| 07/24/2019 | 163 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated July 24, 2019 re: 143 MOTION to Certify Class. . Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Roberts, Thomas) (Entered: 07/24/2019) |
| 08/01/2019 | 164 | LETTER addressed to Magistrate Judge Ona T. Wang from Mariah Lopez dated 8/1/19 re: (UPDATE LETTER) - Plaintiff awaits this Court's review of the Municipal Defendants' counter-offer for settlement in this case, but in the meantime believe that Discovery ( a two-sided Discovery process) is warranted and overdue. Document filed by Mariah Lopez.(sc) (Entered: 08/02/2019) |
| 08/02/2019 | 165 | REPORT & RECOMMENDATION re: 105 MOTION to Dismiss *the Second Amended Complaint* filed by WIN, Inc., Christine C. Quinn.For the foregoing reasons, I recommend that Defendant Quinn and WIN, Inc.'s Motion to Dismiss be GRANTED in its entirety. In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days (including weekends and holidays) from receipt of this Report to file written objections. See also Fed. R. Civ. P. 6 (allowing three (3) additional days for service by mail). A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable Valerie E. Caproni, United States District Judge. Any requests for an extension of time for filing objections must be directed to Judge Caproni. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW. See Thomas v. Arn, 474 U.S. 140, 155 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983). If Plaintiff wishes to review, but does not have access to, cases cited herein that are reported on Westlaw, she should request copies from the WIN Defendants. See Lebron v. Sanders, 557 F.3d 76, 79 (2d Cir. 2009). (Objections to R&R due by 8/16/2019.) (Signed by Magistrate Judge Ona T. Wang on 8/2/2019) (rro) Modified on 8/5/2019 (rro). (Entered: 08/02/2019) |
| 08/05/2019 | 166 | MEMO ENDORSEMENT on re: 164 Letter, filed by Mariah Lopez. ENDORSEMENT: Application Granted. Plaintiff shall file her reply to her motion for class certification by September 20, 2019. SO ORDERED. (Replies due by 9/20/2019.) (Signed by Magistrate Judge Ona T. Wang on |

| | | |
|---|---|---|
| | | 8/5/2019) (rro) (Entered: 08/05/2019) |
| 08/06/2019 | 167 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/10/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Kelly Surina, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2019. Redacted Transcript Deadline set for 9/6/2019. Release of Transcript Restriction set for 11/4/2019.(McGuirk, Kelly) (Entered: 08/06/2019) |
| 08/06/2019 | 168 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/10/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/06/2019) |
| 08/19/2019 | 169 | LETTER from Mariah Lopez dated 8/16/2019 re: Request for filing Extension..... Document filed by Mariah Lopez. (vn) (Entered: 08/19/2019) |
| 08/20/2019 | 170 | MEMO ENDORSEMENT: on re: (169 in 1:17-cv-03014-VEC-OTW) Letter filed by Mariah Lopez. ENDORSEMENT: Ms. Lopez's objections, if any, must be filed by Friday, August 23, 2019. Defendants' response must be filed by September 4, 2019. Ms. Lopez's reply, if any, must be filed by September 11, 2019. The parties are advised that no further extensions of the briefing schedule will be granted. The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Lopez and note mailing on the docket. SO ORDERED., ( Objections to R&R due by 8/23/2019, Responses due by 9/4/2019, Replies due by 9/11/2019.) (Signed by Judge Valerie E. Caproni on 8/20/2019) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(ama) Transmission to Docket Assistant Clerk for processing. (Entered: 08/20/2019) |
| 08/20/2019 | | Mailed a copy of 170 Memo Endorsement, Set Deadlines/Hearings, to Mariah Lopez 1414 E. 28th St. Brooklyn, NY 11210. (aea) (Entered: 08/20/2019) |
| 08/23/2019 | 171 | PLAINTIFF'S RESPONSE to WIN WEST'S MOTION TO DISMISS: MAGISTRATE WANG'S REPORT & RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO DISMISS, re: 105 MOTION to Dismiss *the Second Amended Complaint*. Document filed by Mariah Lopez. (sc) (Entered: 08/26/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/27/2019 15:35:00 | | | |
| PACER Login: | moglidabear | Client Code: | edmo |
| Description: | Docket Report | Search Criteria: | 1:17-cv-03014-VEC-OTW |
| Billable Pages: | 23 | Cost: | 2.30 |

| | | for service by mail). A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable Valerie E. Caproni, United States District Judge. Any requests for an extension of time for filing Objections must be directed to Judge Caproni. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW. (See Thomas v. Arn, 474 U.S. 140, 155 (1985); IUE AFLCIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983)). The Clerk of Court is directed to mail a copy of this Report and Recommendation to Plaintiff. Objections to R&R due by 1/4/2019 (Signed by Magistrate Judge Ona T. Wang on 12/21/2018) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 12/21/2018) |
|---|---|---|
| 12/21/2018 | 117 | ORDER granting 114 Motion to Withdraw as Attorney. The application of Nidhi Srivastava to Withdraw as Attorney, ECF No. 114, is GRANTED. SO ORDERED. (Attorney Nidhi Srivastava terminated.) (Signed by Magistrate Judge Ona T. Wang on 12/21/2018) (rro) (Entered: 12/21/2018) |
| 01/07/2019 | 118 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Jan. 7, 2019 re: Status Conference scheduled for Jan. 10, 2019. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, The City of New York.(Roberts, Thomas) (Entered: 01/07/2019) |
| 01/07/2019 | 119 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Jan. 7, 2019 re: Exhibit A to DKT NO 118. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, The City of New York. (Attachments: # 1 Exhibit Subpoenas)(Roberts, Thomas) (Entered: 01/07/2019) |
| 01/10/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 1/10/2019. (Quinn, Diane) (Entered: 01/10/2019) |
| 01/10/2019 | 120 | SCHEDULING ORDER: Plaintiff shall file her opposition to Defendants Christine M. Quinn and WIN Inc.'s Motion to Dismiss, ECF No. 105, by February 15, 2019. Defendants Christine M. Quinn and WIN Inc. shall file their reply, if any to Plaintiff's opposition by March 15, 2019, or four weeks after Plaintiff's opposition is filed. It is further ORDERED that a Case Management Conference shall be held on February 6, 2019 at 2:00 p.m. in Courtroom 20D, 500 Pearl Street. Defendants who have not answered Plaintiff's Second Amended Complaint are not required to attend, absent further order of the Court. The attending parties shall submit a joint report in accordance with Fed. R. Civ. P. 26(f) at least one week before the Case Management Conference. SO ORDERED. (Case Management Conference set for 2/6/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.), Set Deadlines/Hearing as to 105 MOTION to Dismiss the Second Amended Complaint. (Responses due by 2/15/2019, Replies due by 3/15/2019.) (Signed by Magistrate Judge Ona T. Wang on 1/10/2019) (rro) (Entered: 01/10/2019) |
| 01/10/2019 | 121 | MOTION for Evan Schnittman to Withdraw as Attorney for the City of New York. Document filed by The City of New York.Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(Schnittman, Evan) (Entered: 01/10/2019) |
| 01/10/2019 | 122 | DECLARATION of Evan Schnittman in Support re: (10 in 1:18-cv-04293-VEC-OTW, 121 in 1:17-cv-03014-VEC-OTW) MOTION for Evan Schnittman to Withdraw as Attorney for the City of New York.. Document filed by The City of New York. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(Schnittman, Evan) (Entered: 01/10/2019) |
| 01/11/2019 | 123 | ORDER granting 121 Motion to Withdraw as Attorney. The application of Evan Schnittman to Withdraw as Counsel, ECF No. 121, is GRANTED. SO ORDERED. (Attorney Evan Robert Schnittman terminated.) (Signed by Magistrate Judge Ona T. Wang on 1/11/2019) (rro) (Entered: 01/11/2019) |
| 01/30/2019 | 124 | PROPOSED CASE MANAGEMENT PLAN. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, New York City Dept. Homeless Services, Project Renewal, Project Renewal, Inc., QPS Security, Inc., The City of New York. (Roberts, Thomas) (Entered: 01/30/2019) |
| 02/01/2019 | 25 | LETTER from Mariah Lopez to Magistrate Judge O.T. Wong, dated 2/1/19 re: Plaintiff requests that the Court to issue a writ and order the New York County DA's Office to release the plaintiff's two cellular devices confiscated on 1/31/19. Document filed by Mariah Lopez.(sc) (Main Document 25 replaced on 3/4/2019) (sc). (Entered: 02/04/2019) |
| 02/05/2019 | 125 | ORDER: It is HEREBY ORDERED that: Defendant the City of New York shall respond by letter to Plaintiff's Emergency Writ by February 6, 2019 at 12:00 p.m. and is directed to serve a copy of the Emergency Writ and this Order on the New York Country District Attorney's Office. The Court will address these matters at the previously scheduled Case Management Conference on February 6, 2019 at 2:00 p.m. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 2/5/2019) (rro) (Entered: 02/05/2019) |
| 02/06/2019 | 126 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated Feb. 6, 2019 re: Response to plaintiff's request for an "Emergency Writ". Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 02/06/2019) |
| 02/06/2019 | 127 | ORDER FOR LIMITED APPEARANCE OF PRO BONO COUNSEL: The Clerk of Court is directed to attempt to locate pro bono counsel to represent the plaintiff at a settlement conference to be conducted before the undersigned. If pro bono counsel is located, such counsel shall represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. If the Clerk of Court is unable to locate pro bono counsel, the plaintiff shall appear without counsel at the settlement conference. Any objection to the grant of pro bono counsel to represent the plaintiff at a settlement conference must be filed within 14 days of the date of this Order. In the event the plaintiff files such an objection, this grant for pro bono counsel is vacated. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 2/6/2019) (anc) (Entered: 02/06/2019) |
| 02/06/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Case Management Conference held on 2/6/2019. Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(ft) (Entered: 02/06/2019) |
| 02/06/2019 | 128 | LETTER addressed to Magistrate Judge Ona T. Wang from Mariah Lopez, dated 2/6/19 re: LETTER IN SUPPORT OF EMERGENCY WRIT. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/06/2019 | 129 | PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE. Document filed by Mariah Lopez. (sc) (Entered: 02/07/2019) |
| 02/06/2019 | 130 | LETTER from Mariah Lopez, dated 2/6/19 re: EXHIBITS. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/06/2019 | 131 | (Motion for) EMERGENCY WRIT, as to New York County District Attorney's Office. Document filed by Mariah Lopez.(sc) (Entered: 02/07/2019) |
| 02/08/2019 | 132 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/10/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/1/2019. Redacted Transcript Deadline set for 3/11/2019. Release of Transcript Restriction set for 5/9/2019.(McGuirk, Kelly) (Entered: 02/08/2019) |
| 02/08/2019 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/10/19 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 02/08/2019) |
| 03/04/2019 | 134 | TRANSCRIPT of Proceedings re: Case Management Conference held on 2/6/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2019. Redacted Transcript Deadline set for 4/4/2019. Release of Transcript Restriction set for 6/3/2019.(aca) (Entered: 03/04/2019) |
| 03/04/2019 | 135 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Case Management Conference proceeding held on 2/06/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aca) (Entered: 03/04/2019) |
| 03/26/2019 | 136 | ORDER: The Court will hold a Pre-Settlement Conference Telephone Call on Wednesday, April 17, 2019 at 2:00 p.m. Please call Chambers at 212-805-0260 when all counsel are on the line. SO ORDERED. (Telephone Conference set for 4/17/2019 at 02:00 PM before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 3/26/2019) (rro) (Entered: 03/26/2019) |
| 03/29/2019 | 137 | LETTER addressed to Magistrate Judge Ona T. Wang from M. Lopez, dated 3/29/19 re: STATUS LETTER FROM PLAINTIFF TO THE COURT; REQUEST FOR THE COURT TO LIFT STAY ON DISCOVERY, UPDATING THE COURT TO SEVERAL RECENT RELEVANT EVENTS ETC. Document filed by Mariah Lopez.(sc) (Entered: 04/01/2019) |
| 04/02/2019 | 138 | ORDER: The Court will hold an in-person Status Conference on Wednesday, April 17, 2019 at 2:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. The previously-scheduled April 17 Pre-Settlement Conference Telephone Call is accordingly adjourned sine die. SO ORDERED. Status Conference set for 4/17/2019 at 02:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 4/2/2019) (rj) (Entered: 04/02/2019) |
| 04/17/2019 | 139 | ORDER denying as moot 131 Motion for Writ. The Court held a Status Conference in this matter on April 17, 2019. As discussed at the Conference, it is HEREBY ORDERED that: 1. Plaintiff shall file her Opposition to Defendants Christine C. Quinn and WIN, Inc.'s Motion to Dismiss by April 26, 2019. Defendants' replies, if any, are due May 24, 2019; 2. The Court also issued several directives regarding discovery and settlement. The parties are referred to the transcript for further dates and specifics. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on May 28, 2019 at 3:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff and Defendants shall each file a letter, via ECF, by May 22, 2019 identifying their agenda items for the conference. Because the Motion to Dismiss should be fully briefed by that time, counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the May 28 Conference. Because the Court has been informed that Plaintiff has regained possession of her phones, the issues raised in ECF 131 are now moot, and the Clerk of Court is directed to close the open motion at ECF 131. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 4/17/2019) (rro) (Entered: 04/17/2019) |
| 04/17/2019 | | Set/Reset Hearings:(Status Conference set for 5/28/2019 at 03:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.), Set/Reset Deadlines as to 105 MOTION to Dismiss *the Second Amended Complaint* (Responses due by 4/26/2019, Replies due by 5/24/2019.) (rro) Modified on 8/19/2019 (rro). (Entered: 04/19/2019) |
| 04/17/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 4/17/2019. (Court Reporter Pamela Utter) (ft) (Entered: 04/24/2019) |
| 04/26/2019 | 140 | LETTER MOTION for Leave to File Stipulation of Dismissal with Prejudice addressed to Judge Valerie E. Caproni from Stephen P. Pischl dated April 26, 2019. Document filed by QPS Security, Inc.. (Attachments: # 1 Appendix A - Stipulation of Dismissal with Prejudice, Executed by Plaintiff Pro Se & Quality Protection Services, Inc.)(Pischl, Stephen) (Entered: 04/26/2019) |
| 04/26/2019 | 141 | STIPULATION OF DISMISSAL WITH PREJUDICE: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties to the above-entitled action listed below and their attorneys of record, that Plaintiff hereby voluntarily dismisses with prejudice all claims, counterclaims and defenses asserted in this action as against Quality Protection Services, Inc., incorrectly named herein as QPS Security, Inc., without costs, expenses or attorneys' fees to either party. So Ordered. *** Party QPS Security, Inc. terminated. (Signed by Judge Valerie E. Caproni on 4/26/2019) (js) Modified on 4/29/2019 (js). (Entered: 04/29/2019) |
| 05/15/2019 | 142 | ORDER. Per the Court's April 17, 2019 Order, Plaintiff was directed to file her opposition to Defendants Christine C. Quinn and WIN, Inc.'s Motion to Dismiss, ECF 105-109, by April 26, 2019. To date, Plaintiff has failed to file any opposition. Plaintiff shall respond to the Motion to Dismiss by May 31, 2019. Failure to timely file an opposition may result in the Court considering the motion to dismiss unopposed. The Quinn and WIN Defendants' reply, if any, shall be filed by June 14, 2019. The May 28, 2019 Status Conference remains as scheduled. The parties are reminded to each file a letter, via ECF, by May 22, 2019 identifying their agenda items for the conference. Counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the May 28 Conference. Set Deadlines/Hearing as to 105 MOTION to Dismiss *the Second Amended Complaint*. (Responses due by 5/31/2019, Replies due by 6/14/2019.) (Signed by Magistrate Judge Ona T. Wang on 5/15/2019) (rro) (Entered: 05/16/2019) |
| 05/21/2019 | 143 | NOTICE OF MOTION FOR CLASS CERTIFICATION. Document filed by Mariah Lopez.(sc) (Entered: 05/22/2019) |
| 05/22/2019 | 144 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated May 22, 2019 re: Proposed agenda for May 28, 2019 conference. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 05/22/2019) |
| 05/28/2019 | 145 | NOTICE OF APPEARANCE by Jason A Zoldessy on behalf of Project Renewal, Project Renewal, Inc.. (Zoldessy, Jason) (Entered: 05/28/2019) |
| 05/28/2019 | 146 | PLAINTIFF'S RESPONSE TO WIN WEST'S MOTION TO DISMISS, re: 105 MOTION to Dismiss *the Second Amended Complaint*. Document filed by Mariah Lopez. (sc) (Entered: 05/28/2019) |
| 05/29/2019 | 147 | ORDER. The Court held a Status Conference in this matter on May 28, 2019. As discussed at the Conference, it is HEREBY ORDERED that: Defendants shall order a copy of the May 28 Conference transcript and provide a copy to Plaintiff. Defendants shall also provide Plaintiff with a copy of the transcript for the April 17, 2019 Conference if not previously provided. Prior to being granted access to Plaintiff's Family Court records, the parties must file a joint stipulation adopting the Court's model protective order, found at http://nysd.uscourts.gov/judge/Wang, or submit to the Court their own joint proposed protective order. The City shall file a status letter by July 3, 2019 advising the Court on the need, if any, to obtain HIPAA releases from Plaintiff before engaging in settlement talks and if so, the general nature of the information sought. It is FURTHER ORDERED that Plaintiff and counsel for Defendants shall appear for a Status Conference on July 10, 2019 at 11:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. Plaintiff shall immediately notify the Court if her trial will interfere with her ability to attend the July 10 Conference. Plaintiff and Defendants shall each file a letter, via ECF, by July 3, 2019 identifying their agenda items for the conference. Counsel for Defendants Christine C. Quinn and WIN, Inc. are excused from attending the July 10 Conference. SO ORDERED. (Status Conference set for 7/10/2019 at 11:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang.) (Signed by Magistrate Judge Ona T. Wang on 5/29/2019) (rro) (Entered: 05/29/2019) |
| 05/29/2019 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 5/29/2019. (Court Reporter Sonya Moore) (ft) (Entered: 05/29/2019) |
| 05/31/2019 | 148 | ORDER. Pursuant to 22 CRR-NY 205.5(e), the Clerk of the New York County Family Court is hereby ordered to produce a certified copy of the complete proceedings in the following matters regarding the plaintiff in this action, which records are necessary for this action: and further set forth in this Order. The records shall be delivered to: Records Management, Room 370, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 5/31/2019) (rro) Transmission to Records Management Clerk for processing. (Entered: 05/31/2019) |
| 06/07/2019 | 149 | TRANSCRIPT of Proceedings re: conference held on 4/17/2019 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Pamela Utter, |

| 09/29/2017 | 58 | REPORT & RECOMMENDATION: re: 44 MOTION to Dismiss *Amended Complaint*, filed by The City of New York, 49 MOTION to Dismiss, filed by Project Renewal, 2 Complaint filed by Mariah Lopez. For the reasons set forth above, the Court should rule as follows:(1) the City's motion to dismiss (Dkt. No. 44) should be DENIED in its entirety; (2) Project Renewal's motion to dismiss (Dkt. No. 49) should be DENIED, except GRANTED as to Lopez's failure to accommodate claim and any claims under Title II of the ADA; and (3) Lopez should be granted leave to file a Second Amended Complaint to name Project Renewal as a defendant and to add facts to support her Title III failure to accommodate claim against Project Renewal, and as further set forth in this order. Objections to R&R due by 10/13/2017. (Signed by Magistrate Judge Andrew J. Peck on 9/28/2017) (ap) Modified on 10/17/2017 (ap). (Entered: 09/29/2017) |
| 10/10/2017 | 59 | FIRST LETTER MOTION for Extension of Time *to file written objections to Report and Recommendation* addressed to Judge Valerie E. Caproni from Kevin Connolly dated October 10, 2017. Document filed by Project Renewal.(Connolly, Kevin) (Entered: 10/10/2017) |
| 10/11/2017 | 60 | ORDER granting 59 Letter Motion for Extension of Time. Application GRANTED. Objections to R&R due by 10/23/2017. (Signed by Judge Valerie E. Caproni on 10/11/2017) (mro) (Entered: 10/11/2017) |
| 10/23/2017 | 61 | OBJECTION to 58 Report and Recommendations Document filed by Project Renewal. (Greenberg, Richard) (Entered: 10/23/2017) |
| 10/23/2017 | 62 | DECLARATION of Richard I. Greenberg, Esq. in Support re: 61 Objection to Report and Recommendations. Document filed by Project Renewal. (Attachments: # 1 Exhibit A(1), # 2 Exhibit A(2), # 3 Exhibit A(3), # 4 Exhibit A(4), # 5 Exhibit A(5))(Greenberg, Richard) (Entered: 10/23/2017) |
| 10/23/2017 | 63 | OBJECTION to 58 Report and Recommendations Document filed by The City of New York. (Roberts, Thomas) (Entered: 10/23/2017) |
| 10/23/2017* | 64 | DECLARATION of Tonie Baez in Support re: 63 Objection to Report and Recommendations. Document filed by The City of New York. (Roberts, Thomas) (Entered: 10/23/2017) |
| 10/23/2017 | 65 | NOTICE of to Pro Se litigant who opposes a Rule 12 Motion supported by matters outside the pleadings and copies of decisions exculsively reported on computerized databases re: 63 Objection to Report and Recommendations. Document filed by The City of New York. (Attachments: # 1 Exhibit Ex.A; Arnold v Beth Abraham Health Servs., # 2 Exhibit Ex. B; Leo v NYC Dep't of Educ., # 3 Exhibit Ex. c; Loren v. NYC Dept of Educ., # 4 Exhibit Ex. D; Moran v NY Dep't of Health, # 5 Exhibit Ex. E; Nash v. Bd. of educ. of NY, # 6 Exhibit Ex. F; Smith v. Cuomo, # 7 Exhibit Ex. G; Cordoba v. Beau Dietl, # 8 Exhibit Ex. H; Witchard v. Monefiore Med. Ctr.)(Roberts, Thomas) (Entered: 10/23/2017) |
| 11/16/2017 | 66 | PRO SE MEMORANDUM dated 1/16/17 re: CHANGE OF ADDRESS for Mariah Lopez. New Address: Homeless - No Mailing Address, (sc) (Entered: 11/16/2017) |
| 03/05/2018 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Ona T. Wang. Please note that this is a reassignment of the designation only. (bcu) (Entered: 03/05/2018) |
| 03/05/2018 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Ona T. Wang, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge Andrew J. Peck no longer referred to the case. (bcu) (Entered: 03/05/2018) |
| 03/15/2018 | 67 | ORDER for 44 Motion to Dismiss filed by The City of New York, 49 Motion to Dismiss filed by Project Renewal, 58 Report and Recommendations. The report is ADOPTED IN FULL. The City of New York's motion to dismiss is DENIED. Project Renewal's motion to dismiss is DENIED, except as to Lopez's failure to accommodate claim and any claims under Title II of the ADA. Plaintiff is granted leave to file a second amended complaint to name Project Renewal as a defendant and to add facts to support her Title III failure to accommodate claim against Project Renewal, if she so chooses. Any such second amended complaint must be filed by April 16, 2018. The Clerk of the Court is respectfully directed to close the open motions at docket entries 44 and 49, mail a copy of this order to Plaintiff, and note mailing on the docket. SO ORDERED. (Amended Pleadings due by 4/16/2018.) (Signed by Judge Valerie E. Caproni on 3/15/18) (yv) (Entered: 03/16/2018) |
| 03/15/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 67 Order Adopting Report and Recommendations, Set Deadlines, to the Docket Assistant Clerk for case processing. (yv) (Entered: 03/16/2018) |
| 03/21/2018 | 68 | LETTER MOTION for Extension of Time to File Answer *on behalf of all defendants* addressed to Judge Valerie E. Caproni from Thomas B. Roberts dated March 21, 2018. Document filed by New York City Dept. Homeless Services, The City of New York.(Roberts, Thomas) (Entered: 03/21/2018) |
| 03/23/2018 | 69 | ORDER granting 68 Letter Motion for Extension of Time to Answer. Application GRANTED. The Clerk of the Court is directed to mail a copy of this endorsement to Plaintiff and note mailing on the docket. Project Renewal answer due 4/30/2018; The City of New York answer due 4/30/2018. (Signed by Judge Valerie E. Caproni on 3/23/2018) (kgo) (Entered: 03/23/2018) |
| 03/23/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 69 Order on Motion for Extension of Time to Answer,, to the Docket Assistant Clerk for case processing. (kgo) (Entered: 03/23/2018) |
| 03/28/2018 | 70 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Ona T. Wang. (Signed by Judge Valerie E. Caproni on 3/28/2018) (rjm) (Entered: 03/28/2018) |
| 03/29/2018 | 71 | ORDER: IT IS HEREBY ORDERED that the Court will hold a hearing to consider Plaintiff's renewed motion for a temporary restraining order at 2:30 p.m. on March 30, 2018 in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. IT IS FURTHER ORDERED that the Defendants are directed to respond to Plaintiff's renewed motion by noon on March 30, 2018. IT IS FURTHER ORDERED that the Court will address the sealing of Plaintiff's renewed motion at the March 30, 2018 hearing. ( Motion Hearing set for 3/30/2018 at 02:30 PM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.), ( Responses due by 3/30/2018) (Signed by Judge Valerie E. Caproni on 3/29/2018) (kgo) Modified on 5/21/2018 (kgo). (Entered: 03/29/2018) |
| 03/30/2018 | | Minute Entry for proceedings held on 3/30/2018, before Judge Valerie E. Caproni: Hearing held regarding Plaintiff's application for a temporary restraining order. The Court Denied the motion for a temporary restraining order because Plaintiff has failed to demonstrate she is at risk of an irreparable injury unless the Court orders the Defendants to place Plaintiff in a private room or single-occupancy hotel room. To the extent plaintiff has demonstrated she faces an injury absent such relief, the Court concluded that risk is due to conduct unrelated to the claims in this case. The Court ordered the record of this proceeding Sealed. Court Reporter Tom Murray present. (Brantley, Michael) (Entered: 04/02/2018) |
| 04/27/2018 | 72 | NOTICE OF APPEARANCE by Nidhi Srivastava on behalf of Project Renewal. (Srivastava, Nidhi) (Entered: 04/27/2018) |
| 04/30/2018 | 73 | ANSWER to 2 Complaint. Document filed by The City of New York. (Attachments: # 1 Exhibit numbered amended complaint)(Roberts, Thomas) (Entered: 04/30/2018) |
| 04/30/2018 | 74 | ANSWER to 2 Complaint. Document filed by Project Renewal. (Attachments: # 1 Exhibit A)(Srivastava, Nidhi) (Entered: 04/30/2018) |
| 05/01/2018 | 75 | SCHEDULING ORDER: Plaintiff and counsel for Defendants shall appear for a Status Conference on May 23, 2018 at 3:00 p.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. (As further set forth in this Order.) The Clerk of Court is respectfully directed to mail a copy of this Scheduling Order to Plaintiff and note mailing on the docket. Status Conference set for 5/23/2018 at 03:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 5/1/2018) (cf) (Entered: 05/01/2018) |

| 05/01/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 75 Scheduling Order to the Docket Assistant Clerk for case processing. (cf) (Entered: 05/01/2018) |
|---|---|---|
| 05/02/2018 | 76 | SEALED DOCUMENT placed in vault.(rz) (Entered: 05/02/2018) |
| 05/16/2018 | 77 | LETTER addressed to Magistrate Judge Ona T. Wang from Thomas B. Roberts dated May 16, 2018 re: Agenda for May 23, 2018 conference. Document filed by The City of New York.(Roberts, Thomas) (Entered: 05/16/2018) |
| 05/23/2018 | | Minute Entry for proceedings held before Magistrate Judge Ona T. Wang: Status Conference held on 5/23/2018. (Quinn, Diane) (Entered: 05/24/2018) |
| 05/25/2018 | 78 | ORDER, At the Status Conference, the Court informed the pro se Plaintiff that if she did not consent to consolidation, she was to email Chambers by 5:00 p.m. on May 24, 2018. Plaintiff did not email Chambers by this time, so with the consent of all parties currently in this action, this case is consolidated with 18-CV-4293 (VEC) (OTW). The Court will treat the Complaint removed to this Court in 18-CV-4293 as the operative Second Amended Complaint in the consolidated matter. Defendants shall respond to the Order to Show Cause With T.R.O. in Civil Action, removed to this Court in 18-CV-4293, which this Court will treat as a Motion for Preliminary Injunction, by June 15, 2018. Plaintiff's Reply, if any, shall be filed by July 27, 2018. Defendants shall answer the Second Amended Complaint, or otherwise move for relief, by June 27, 2018. A separate Order of Service will issue for the remaining Defendants. Plaintiff is reminded to check both her email and the ECF system for future Orders. All filings and communications with this court by the pro se Plaintiff shall be filed with the Pro Se Intake Unit, 500 Pearl Street, Room 200, New York, NY 10007. All future filings in this matter shall be filed only in this action, 17-CV-3014. SO ORDERED. (NYC Dept of Homeless Services, NYC Dept of Homeless Services, NYC Human Resources Administration, NYC Human Resources Administration, Project Renewal, Inc., Project Renewal, Inc., QPS Security, Inc., QPS Security, Inc., WIN, Inc., WIN, Inc., Christine C. Quinn and Christine C. Quinn added.), (Motions due by 6/27/2018., Responses due by 6/15/2018, Replies due by 7/27/2018.) (Signed by Magistrate Judge Ona T. Wang on 5/25/18) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(yv) (Entered: 05/25/2018) |
| 05/25/2018 | | Set/Reset Deadlines: All Defendants. (yv) (Entered: 05/25/2018) |
| 05/25/2018 | 79 | ORDER OF SERVICE: To allow Plaintiff to effect service on Defendants QPS Security, Inc., WIN, Inc., and Christine C. Quinn through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these Defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants. Plaintiff does not have a mailing address that has consented to receive documents electronically. The Clerk of Court is therefore directed to docket an information package. The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for QPS Security, Inc., WIN, Inc., and Christine C. Quinn and deliver all documents necessary to effect service to the U.S. Marshals Service. SO ORDERED. (USM-285 Form due by 6/25/2018. Request for Issuance of Summons due by 6/25/2018.) (Signed by Magistrate Judge Ona T. Wang on 5/25/18) Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(yv) (Entered: 05/25/2018) |
| 05/29/2018 | | SUMMONS ISSUED as to QPS Security, Inc., Christine C. Quinn, WIN Inc.. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(sbr) (Entered: 05/29/2018) |
| 05/29/2018 | | FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 05/29/2018 Re: Judge Valerie E. Caproni (9 in 1:18-cv-04293-VEC-OTW) Order of Service.,,,, The following document(s) were enclosed in the Service Package: Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)QPS Security, Inc.; WIN Inc.; Christine C. Quinn. Filed In Associated Cases: 1:17-cv-03014-VEC-OTW, 1:18-cv-04293-VEC-OTW(sbr) (Entered: 05/29/2018) |
| 06/15/2018 | 80 | RESPONSE re: 78 Order, Add and Terminate Parties, Set Deadlines,,,,,,,,,,,,,,,,,, . Document filed by Project Renewal, Inc.. (Srivastava, Nidhi) (Entered: 06/15/2018) |
| 06/15/2018 | 81 | DECLARATION of Thomas B. Roberts in Opposition re: 23 MOTION Emergency Relief (to get back in Shelter) Requested.. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Attachments: # 1 Exhibit Marsga's House Rules, # 2 Exhibit Suspension Request Form, # 3 Exhibit Notification of Transfer, # 4 Exhibit Transfer Referral, # 5 Exhibit Plaintiff's Pleading in 100632/2017, # 6 Exhibit 5/12/17 Transcript in 100632/2017, # 7 Exhibit 5/15/17 Transcript in 100632/2017, # 8 Exhibit Incident Reports, # 9 Exhibit Status of 2017BX021431, # 10 Exhibit Suspension Request, # 11 Exhibit Incident Report, # 12 Exhibit 5/31/2017 Transcript in 100632/2017, # 13 Exhibit Email Chain, # 14 Exhibit Decision & Judgment in 100632/2017, # 15 Exhibit Letter of Dr. Reed, # 16 Exhibit Letter of Dr. Arty, # 17 Exhibit Reasonable Accomodation Request Determination, # 18 Exhibit Plaintiff pleadings in 100871/2017, # 19 Exhibit Respondent's Answer (without exhibits) in 100871/2017, # 20 Exhibit Affidavit of Laraque, # 21 Exhibit Order in 100871/2017, # 22 Exhibit Order in 100556/2018)(Roberts, Thomas) (Entered: 06/15/2018) |
| 06/15/2018 | 82 | MEMORANDUM OF LAW in Opposition re: 23 MOTION Emergency Relief (to get back in Shelter) Requested.. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Roberts, Thomas) (Entered: 06/15/2018) |
| 06/27/2018 | 83 | ANSWER to 2 Complaint. Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York. (Attachments: # 1 Exhibit Numbered version of Second Amended Complaint)(Roberts, Thomas) (Entered: 06/27/2018) |
| 06/27/2018 | 84 | ANSWER to 2 Complaint. Document filed by Project Renewal, Inc.. (Attachments: # 1 Exhibit A)(Srivastava, Nidhi) (Entered: 06/27/2018) |
| 07/16/2018 | 85 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. QPS Security, Inc. served on 6/28/2018, answer due 8/27/2018. Service was made by MAIL. Document filed by Mariah Lopez. (vba) (Entered: 07/16/2018) |
| 07/16/2018 | 86 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Christine C. Quinn served on 7/2/2018, answer due 8/31/2018. Service was accepted by Jill K. Grant - Attorney. Document filed by Mariah Lopez. (aea) (Entered: 07/16/2018) |
| 07/16/2018 | 87 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. WIN, Inc. served on 7/2/2018, answer due 8/31/2018. Service was accepted by Jill K. Grant - Attorney. Document filed by Mariah Lopez. (aea) (Entered: 07/16/2018) |
| 07/17/2018 | 88 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Amelia Anne Cottrell on behalf of Christine C. Quinn, WIN, Inc. (Cottrell, Amelia) (Entered: 07/17/2018) |
| 07/17/2018 | 89 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by WIN, Inc..(Cottrell, Amelia) (Entered: 07/17/2018) |
| 07/18/2018 | 90 | TRANSCRIPT of Proceedings re: conference held on 5/23/2018 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2018. Redacted Transcript Deadline set for 8/20/2018. Release of Transcript Restriction set for 10/16/2018.(McGuirk, Kelly) (Entered: 07/18/2018) |
| 07/18/2018 | 91 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 5/23/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/18/2018) |
| 07/20/2018 | 92 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/23/2018 before Magistrate Judge Ona T. Wang. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/10/2018. Redacted Transcript Deadline set for 8/20/2018. Release of Transcript Restriction set for 10/18/2018.(McGuirk, Kelly) (Entered: 07/20/2018) |
| 07/20/2018 | 93 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/23/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/20/2018) |
| 07/23/2018 | 94 | NOTICE OF CHANGE OF ADDRESS by Amelia Anne Cottrell on behalf of Christine C. Quinn, WIN, Inc.. New Address: Willkie Farr & Gallagher, 787 Seventh Avenue, New York, New York, USA 10019-6099, 212-728-8000. (Cottrell, Amelia) (Entered: 07/23/2018) |
| 08/06/2018 | 95 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/06/2018) |
| 08/07/2018 | 96 | LETTER addressed to Judge Valerie E. Caproni from Mariah Lopez, dated 8/6/18 re: Plaintiff writes this letter to serve as an update for the Court as it relates to the case and parties and facts in this action; and she requests that the Court consider that she has suffered for more than a year without stable housing etc.; and that she may need the help of a lawyer at this point, or at least Court consideration by way of a very long adjournment etc. Document filed by Mariah Lopez.(sc) (Entered: 08/08/2018) |
| 08/10/2018 | 97 | LETTER addressed to Judge Valerie E. Caproni from Thomas B. Roberts dated August 10, 2018 re: Ms. Lopez' August 7, 2018 letter (dkt. no. 96). Document filed by NYC Dept of Homeless Services, NYC Human Resources Administration, The City of New York.(Roberts, Thomas) (Entered: 08/10/2018) |
| 08/13/2018 | 98 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Valerie E. Caproni from Jill K. Grant dated August 13, 2018. Document filed by Christine C. Quinn, WIN, Inc..(Cottrell, Amelia) (Entered: 08/13/2018) |
| 08/14/2018 | 99 | ORDER granting 98 Letter Motion for Extension of Time to Answer re 2 Complaint. The application is GRANTED. This case has been referred to me for general pre-trial purposes, and such applications should be directed to me in the future. SO ORDERED. (Christine C. Quinn answer due 10/5/2018; WIN, Inc. answer due 10/5/2018.) (Signed by Magistrate Judge Ona T. Wang on 8/14/2018) (rro) (Entered: 08/14/2018) |
| 08/14/2018 | 100 | NOTICE OF APPEARANCE by Stephen Paul Pischl on behalf of QPS Security, Inc.. (Pischl, Stephen) (Entered: 08/14/2018) |
| 08/14/2018 | 101 | LETTER MOTION for Extension of Time to Respond to the Complaint addressed to Magistrate Judge Ona T. Wang from Stephen P. Pischl dated August 14, 2018. Document filed by QPS Security, Inc..(Pischl, Stephen) (Entered: 08/14/2018) |
| 08/20/2018 | 102 | ORDER granting 101 Letter Motion for Extension of Time. The application is GRANTED. Defendant QPS Security shall respond to the complaint by October 5, 2018. SO ORDERED. (Signed by Magistrate Judge Ona T. Wang on 8/20/2018) (rro) (Entered: 08/20/2018) |
| 08/20/2018 | | Set/Reset Deadlines: QPS Security, Inc. answer due 10/5/2018. (rro) (Entered: 08/20/2018) |
| 09/07/2018 | 103 | LETTER addressed to Judge Valerie E. Caproni from Mariah Lopez, dated 9/5/18 re: Plaintiff writes to the Court because she is considering filing an emergency motion for relief before the Court, requesting that the Municipal Defendants be compelled to provide her with safe temporary housing. Document filed by Mariah Lopez.(sc) (Entered: 09/07/2018) |
| 10/04/2018 | 104 | NOTICE OF APPEARANCE by Jill Kaden Grant on behalf of Christine C. Quinn, WIN, Inc.. (Grant, Jill) (Entered: 10/04/2018) |
| 10/05/2018 | 105 | MOTION to Dismiss the Second Amended Complaint. Document filed by Christine C. Quinn, WIN, Inc. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 106 | MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss the Second Amended Complaint. . Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 107 | DECLARATION of Jill K. Grant in Support re: 105 MOTION to Dismiss the Second Amended Complaint.. Document filed by Christine C. Quinn, WIN, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Grant, Jill) (Entered: 10/05/2018) |
| 10/05/2018 | 108 | DECLARATION of Christine C. Quinn in Support re: 105 MOTION to Dismiss the Second Amended Complaint.. Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 109 | NOTICE of to Pro Se litigant who opposes a Rule 12 Motion supported by matters outside the pleadings re: 105 MOTION to Dismiss the Second Amended Complaint.. Document filed by Christine C. Quinn, WIN, Inc.. (Cottrell, Amelia) (Entered: 10/05/2018) |
| 10/05/2018 | 110 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by QPS Security, Inc..(Pischl, Stephen) (Entered: 10/05/2018) |
| 10/05/2018 | 111 | ANSWER to Complaint. Document filed by QPS Security, Inc.. (Attachments: # 1 Exhibit A - Numbered Complaint)(Pischl, Stephen) (Entered: 10/05/2018) |
| 11/15/2018 | 112 | SCHEDULING ORDER: Plaintiff and counsel for Defendants shall appear for a Status Conference on January 10, 2019 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. At least three days before the conference, Defendants shall submit a letter via ECF, with copies to the Plaintiff, identifying their agenda items for the conference and the current procedural posture of the case. Plaintiff may file a letter by email, with copies to counsel for Defendants, by January 9, 2019 responding to any issues raised by Defendants and identifying any agenda items for the conference. The Clerk of Court is respectfully directed to email a copy of this Scheduling Order to Plaintiff and note mailing on the docket. SO ORDERED. Status Conference set for 1/10/2019 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ona T. Wang. (Signed by Magistrate Judge Ona T. Wang on 11/15/2018) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 11/16/2018) |
| 12/20/2018 | | Request for Subpoenas Issued and Given: Request for (6) Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises, and (2) Subpoenas to Appear and Testify at a Hearing or Trial, from Mariah Lopez issued and given at the Pro Se Intake Counter on 12/20/2018. (vn) (Entered: 12/20/2018) |
| 12/20/2018 | 113 | EMERGENCY MOTION FOR TRO, re: for Temporary Restraining Order. Document filed by Mariah Lopez.(sc) (Entered: 12/21/2018) |
| 12/21/2018 | 114 | MOTION for Nidhi Srivastava to Withdraw as Attorney . Document filed by Project Renewal, Inc..(Srivastava, Nidhi) (Entered: 12/21/2018) |
| 12/21/2018 | 115 | DECLARATION of Nidhi Srivastava in Support re: 114 MOTION for Nidhi Srivastava to Withdraw as Attorney .. Document filed by Project Renewal, Inc.. (Srivastava, Nidhi) (Entered: 12/21/2018) |
| 12/21/2018 | 116 | REPORT AND RECOMMENDATIONS re: 113 MOTION for Temporary Restraining Order. filed by Mariah Lopez. Here, Plaintiff is seeking the substantially the same relief she has sought in her Second Amended Complaint and her Motion for Preliminary Injunction, which remains pending. (See ECF 78). Plaintiff is also essentially renewing her past motion seeking a Temporary Restraining Order, made on June 15, 2017, and denied by Judge Batts on the same day. (ECF 32). Plaintiff is seeking affirmative, not prohibitory relief, and it is unclear what irreparable harm the current motion seeks to avoid. Because of the heightened standard in this Circuit governing requests for affirmative emergency relief, the Court recommends that the motion be DENIED. The Court will address the issues raised in the Motion at the previously scheduled status conference, currently set for January 10, 2019. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) day̅ (including weekends and holidays) from service of this Report to file written objections. See also Fed. R. Civ. P. 6 (allowing three (3) additional da̅, |



**NEW YORK STATE** | Office of Children and Family Services

Exhibit C.1

ANDREW M. CUOMO
Governor

SHEILA J. POOLE
Acting Commissioner

June 7, 2019

Dear Commissioner/Executive Director:

This letter is to inform you that there has been an update to Education Law §6456 which **broadens the population of students eligible to receive funding and support under the Foster Youth College Success Initiative (FYCSI).** This is a major accomplishment and opens doors for youth who may be academically strong, but need additional financial or other supports. FYCSI provides additional support services and funding to help meet the costs of college for eligible students.

Please inform all eligible students enrolled in college for the 2019-20 academic year about this opportunity. OCFS must confirm a student's eligibility for the NYS Education Department. In order to do so, the Office must have a **completed consent** form from the student, or, if they are under the age of 18, their legal guardian. Consent forms, attached here, or downloadable at https://ocfs.ny.gov/main/Forms/Foster_Care/OCFS-3165.docx must be completed and returned by **July 15, 2019** via email to FCY4College@ocfs.ny.gov. or mailed to:

> Foster Youth College Success Initiative
> C/O Heather Babcock
> NYS Office of Children and Family Services
> 52 Washington Street, Room North 338
> Rensselaer, New York 12144

Please be aware of the following:

1. Youth must be enrolled at a SUNY or CUNY college/university **_OR_** at a private college/university that hosts a Higher Education Opportunity Program (HEOP.)

2. An eligible youth includes any student—*including undocumented youth*—who is currently a resident of New York State and who is an orphan or spent time in foster care at any time after his or her 13th birthday.

3. Institutions of higher education (IHEs) award FYCSI funds to eligible youth **based on their need**, as determined by the IHE. Not all youth will receive actual cash, but might receive services or the money may go to pay down their tuition and fees, etc.

4. The funds can be used for **costs necessary for eligible youth to attend college**, as listed in Ed. Law §6456 and 8 NYCRR Part 152, including but not limited to:
   • Tuition and fees
   • Books

Schenectady County Com College
Student Schedule
Fall 2019
09/03/19-12/21/19

Lopez,Mariah                    900200783
1414 E. 28th St
Brooklyn, NY 11210

| CRN | SUBJ | CRSE | SECT | TITLE | CREDS | LV | ST | DAYS | TIME | BUILD | ROOM | INSTRUCTOR |
|-----|------|------|------|-------|-------|----|----|------|------|-------|------|------------|
| 90237 | SOC | 121 | 51 | Sociology | 3.00 | 01 | RE | Th | 0600-0900pm | ELS | 334 | Levy D |
| 90262 | PSY | 121 | 51 | Intro Psychology | 3.00 | 01 | RE | Tu | 0600-0900pm | ELS | 136 | Matias C |
| 90487 | POL | 123 | 01 | U.S. Government & Politics | 3.00 | 01 | RE | TuTh | 0130-0245pm | ELS | 232 | Nicholas P |
| 90805 | COM | 100 | 02 | Intro to Human Communication | 3.00 | 01 | RE | TuTh | 1100-1215pm | STK | 202 | Doyle R |

TOTAL   12.00   CEUS   .00



June 16, 2019

To Whom It Concerns,

I am an Oscar-nominated documentary film director and New York Times bestselling author, known for my work on subjects of significance to LGBTQ history. My film HOW TO SURVIVE A PLAGUE, about HIV/AIDS activism and the advent of effective medicines, was nominate for multiple Emmys, an Independent Spirit Award, and a Director's Guild Award, and won top prizes from a dozen film festivals as well as the Gotham Award, the Peabody Award, and the GLAAD Media Award, among others. My award-winning film about transgender pioneers and early LGBTQ activism, THE DEATH AND LIFE OF MARSHA P. JOHNSON, made over a dozen Best-of-the-Year lists. Both those documentaries are included in *Time Magazine's* "8 Movies to Watch on Pride Month." My journalism, published in the *New York Times Magazine, Newsweek, GQ, Esquire,* and elsewhere, stretches back over three decades, and has produced four non-fiction books. The latest of those, also called HOW TO SURVIVE A PLAGUE, was shortlisted for the Wellcome Book Prize and the Carnegie Prize in Literature, and won the Baillie Gifford Prize for Nonfiction in 2017, the UK's highest recognition. In addition, it was honored with the top prizes awarded for LGBTQ-themed books: The Lammy, the Stonewall Book Prize, the Triangle Prize, the Green Carnation, and the National Lesbian & Gay Journalism Association's Excellence Award.

In the course of my work, I have come to know Mariah Lopez. She first came to my attention for her work as director of STARR, a unique organization doing policy and criminal justice work in New York City and elsewhere. Newspaper accounts a number of years ago credited STARR with drawing new police attention to the unsolved death of a community leader — Marsha P. Johnson, who died in 1992. This news was of particular interest to me, as someone who knew Ms. Johnson personally and had hoped to make a documentary film about her. Mariah was one of my early collaborators on that project, lending her deep insights and vast networks to the project. She also allowed me to better know another key activist from that time, Sylvia Rivera, sharing with me her intimate memories of living with, and being adopted by, Ms. Rivera. These are two towering figures in LGBTQ history. In 1969, Ms. Rivera and Ms. Johnson were key players in the Stonewall Uprising that launched the modern LGBTQ movement. They went on to cofound Gay Liberation Front, and then the spinoff group STAR, which stood for Street Transvestites Action Revolutionaries, using the vernacular of the day. This was among the first-known groups dedicated to transgender rights. Mariah's commitment to maintaining the stature of these two leaders is unsurpassed.

It is in their memories that Mariah has taken up the struggle for transgender people — particularly poor and disenfranchised trans women of color. Her work has brought her to advocate for criminal justice reform, for HIV research and care, marginalized youth, and the rights of sex workers. She co-founded FIERCE (Fabulous Independent Educated Radicals for Community Empowerment), a local organization fighting gentrification and the cultural repression of the queer and largely transgender and gender non-conforming street culture in Greenwich Village.

And she revived STAR, updating the name and acronym: now the Strategic Trans Alliance for Radical Reform. The work of STARR responds to the epidemic of crime against transgender women of color, and includes pressuring law enforcement to return to dozens of murder cases that have been allowed to go cold. This work has made her a well-known activist in New York



city and state politics and in the national LGBTQ movement. Her tactics have sometimes been questioned, and I myself have felt the brute force of her stridency, but her positive vision for her community is never in doubt. The full impact of STARR remains to be seen, but it can fairly be said that Mariah's tireless work has kept the world focused on the terrible perils that transgender women of color face, while helping to restore Sylvia Rivera and Marsha P. Johnson — and by proxy all our unsung transgender heroes — to their rightful place, recognized finally for their radical contributions to American life.

Warmly,

David France
Director, Public Square Films

**PUBLIC SQUARE FILMS**
224 5th Avenue, 5th Floor
New York, NY 10001
212-505-1758
www.publicsquarefilms.com